# UNITED STATES DISTRICT COURT OF DISTRICT OF COLUMBIA

Case: 1:26–cv–01573 JURY DEMAND
Assigned To : McFadden, Trevor N.
Assign. Date : 5/7/2026
Description: Pro Se Gen. Civ. (F–DECK)

**JERSON VELAZQUEZ ORDONEZ, Plaintiff,**

v.

**DETRA SHAW-WILDER; CAROLYNA DELIZIA SWIFT; RACHAEL LOKOHEN; KEATHAN FRINK.**

**Joshua Doyle, Jennifer A. Gagosz ,Alexander J Williams, Jorge Dopico**

**Shayna La Plante, Cunningham Girnun Group, Fast Florida divorce llc.**

**Sky Auto Finance , Latinos Salud, Broward Sheriff Office**

**Jimmy  Cunningham P.A.,  Andrew Palma Lavin and Solis P.A.**

**Gregory Taylor Title P.A., Trantalis & Associates, P.A.**

**RE/MAX LLC, RE/MAX Holdings, Inc., RE/MAX Experience**

**Domenic Faro, Jason Johnson, Christopher Krzemien**

**Florida League of Cities, Florida Municipal Insurance Trust ,City of Oakland Park**

**City of Wilton Manors , City of Fort Lauderdale**

**Goren, Cherof, Doody & Ezrol, P.A., Color Of Change, Equality Florida**

**Latinos Salud, Broward Sheriff's Office, Access Newswire Inc.**

**Clark Hill PLC, Paskert Divers Thompson (PDT)**

**Clausen Miller P.C., Thomas D. Shanahan, P.C.**

**Johnson, Anselmo, Murdoch, Burke, Piper & Gould, P.A. (JAMBG)**

**Robert Matthew Oldershaw, Jana Gold Taylor**

**RLI insurance Company, Travelers Insurance Company**

**The Continental Insurance Company** Defendants.

RECEIVED MAILROOM MAY - 7 2026

Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

## NATURE OF THE ACTION

This action arises from a coordinated campaign of **Intentional Infliction of Emotional Distress**, **Professional Negligence**, and **Breach of Fiduciary Duty**. The private Defendants named herein have prioritized personal and professional "Social Circles" over mandatory reporting requirements and ethical obligations, resulting in the obstruction of vital financial resources for a protected whistleblower.

## STATEMENT OF FACTS

- **The Protected Status:** Plaintiff is an ADA, VOCA, INA, and VAWA protected individual and a Mexican citizen.

- **The Inducement of Crisis:** Defendants have knowingly allowed the obstruction of Plaintiff's financial support (I-864 mandates), placing Plaintiff in a state of forced isolation and physical deprivation.

- **Audit 88 Findings:** Forensic investigation has uncovered a 20-year enterprise involving identity theft and the forgery of notarizations to facilitate fraudulent court entries.

- **Professional Misconduct:** Licensed attorneys are knowingly appearing in cases based on "void" probate and property instruments identified by forensic audit.

- **Retaliation by Nonprofits:** Nonprofit Defendants, including Equality Florida and Color of Change, retaliated against the Plaintiff after his investigative work exposed racketeering within the State of Florida's estate system.

## EXPANDED COUNTS

### COUNT I: CONVERSION (THEFT OF PHYSICAL EVIDENCE)

**Target:** Detra Shaw-Wilder Defendant Shaw-Wilder interfered with the Plaintiff's property rights by taking physical evidence and refusing to return it or place it on the record, committing a tortious conversion of property.

### COUNT II: IMMIGRATION FRAUD & OBSTRUCTION OF TREATY RIGHTS

**Target:** All Private Defendants Defendants willfully ignored the federal Affidavit of Support (I-864) and USCIS mandates, violating Plaintiff's due process rights protected by international treaty.

### COUNT III: IDENTITY THEFT AND DOCUMENTATION FORGERY

**Target:** RE/MAX LLC, Cunningham Girnun Group, and Associated Brokers Defendants participated in a 20-year enterprise involving the theft of identities and the forgery of notarizations to facilitate fraudulent "land grabs".

### COUNT IV: AGGRAVATED ANIMAL CRUELTY BY INDUCEMENT

**Target:** All Private Defendants Administrative and professional actions directly resulted in the starvation of three dogs and two cats, used as leverage to silence the Plaintiff's report of stolen evidence.

### COUNT V: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS (MENTAL ABUSE)

**Target:** All Private Defendants Defendants utilized administrative "silence" and the "striking" of evidence as a psychological weapon intended to cause severe mental anguish. This conduct is extreme and outrageous, involving state-induced starvation to dismiss legal claims.

### COUNT VI: DEFAMATION AND ADA RETALIATION

**Target:** Detra Shaw-Wilder, Carolyna Delizia Swift, Rachael Lokohen, Keathan Frink Attorneys utilized their licenses to label a protected whistleblower as "mentally ill" or "unstable" to discredit his complaint and suppress reports of $50,000,000 in fraud.

### COUNT VII: BREACH OF FIDUCIARY AND MISSION DUTY

**Target:** Color of Change, Equality Florida, Pet Project These organizations acted with unclean hands by refusing to assist a documented victim and instead protecting individuals engaged in misconduct, constituting a total breach of mission obligations.

### COUNT VIII: WIRE FRAUD AND FINANCIAL EXTORTION

**Target:** Private Law Firms and Real Estate Defendants Defendants utilized electronic communications and mail services to execute fraudulent property transfers and obstruct federal support mandates.

## PRAYER FOR RELIEF

Plaintiff respectfully requests that this Court:

1. **Order the restoration of marital assets** to their lawful condition. 2. **Award Compensatory Damages** for severe mental anguish and physical deprivation. 3. **Award Treble Damages** totaling **$135,000,000** under 18 U.S.C. § 1964(c). 4. **Order the disgorgement of ill-gotten profits** from nonprofit Defendants. 5. **Grant Permanent Injunctive Relief** to cease all retaliatory stays.

**DECLARATION:** I declare under penalty of perjury that the foregoing is true and correct.

**Signed,**

Jerson Immer Velazquez Ordoñez

*Plaintiff Pro Se / Lead Forensic Auditor Audit 88™*