# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**JERSON VELAZQUEZ ORDOÑEZ,** Plaintiff,

v.

**DETRA SHAW-WILDER;**Defendants.

RECEIVED
MAILROOM

MAY − 7 2026

Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

---

LIST OF EXHIBITS ATTACHED

- **Exhibit 1: Notice of Amending Complaint (Case No. 26-CA-001680)** – Formal notice filed in the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida, regarding the intent to pursue individual liability against judicial and administrative actors.
- **Exhibit 2: First List of Exhibits** – A detailed log of evidentiary documents (L-001 through L-011) identifying systemic patterns in dissolution of marriage cases and jurisdictional shortcuts.
- **Exhibit 3: Affidavit of Support Under Section 213A of the INA (Form I-864)** – The federal contract naming James R. Cunningham as the sponsor/petitioner, establishing the legal basis for support enforcement.
- **Exhibit 4: Taxpayer Lawsuit vs. Commissioners** – A derivative action brought on behalf of the Cities of Fort Lauderdale, Oakland Park, and Wilton Manors against various municipal commissioners.
- **Exhibit 5: Memorandum Z-ZZ** – A formal "Memorandum of Statutory Duty & RICO Liability" issued as a mandatory notice to cease participation in a racketeering enterprise.
- **Exhibit 6: Proposed New Lawsuit (Federal RICO Action)** – Initial filing in the U.S. District Court, Southern District of Florida (Case No. 0:25-cv-62035-AOV), naming the primary enterprise defendants.
- **Exhibit 7: Same-Day Multiple Transfers** – Evidence of a "Pattern Exhibit" showing multiple real estate transfers prepared by the same attorney and recorded at the exact same timestamp.
- **Exhibit 8: Statement of Counts and Allegations** – Plaintiff's formal statement detailing RICO violations (18 U.S.C. §§ 1961–1964) including mail fraud, wire fraud, and identity theft.
- **Exhibit 9: Complaint for Declaratory Judgment** – Case No. 26-CA-001680 seeking judicial declaration regarding the "Poisoned Root" precedent and the

integrity of public records.

- **Exhibit 10: Notice to Amend Complaint and Joinder of Parties** – Documentation identifying the intent to join additional co-plaintiffs and pursue individual liability for "bad apples" within the system.
- **Exhibit 11: Taxpayer Derivative Action (Case No. COCE25085026)** – First Amended Complaint for Damages brought by the Plaintiff as a citizen and taxpayer.
- **Exhibit 12: Certificate of Service (BSO)** – Formal notification that these documents have been served to all mentioned parties, including institutional and individual defendants.

VERIFICATION: I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Jerson Immer Velazquez Ordoñez

*Plaintiff Pro Se / Lead Forensic Auditor Audit 88™*

EXH 1

# IN THE CIRCUIT COURT OF THE WENTIETH

# JUDICIAL CIRCUIT IN AND FOR

# LEE COUNTY FLORIDA

Case No.: 26-CA-001680

RECEIVED
MAILROOM

MAY - 7 2026

Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

**JERSON IMMER VELAZQUEZ ORDONEZ,**
PLAINTIFF

v.

**Lee County Clerk of Courts**
DEFENDANT

**Judge: Keith R Kyle**

## NOTICE OF AMENDING COMPLAINT, JOINDER OF CO-PLAINTIFFS, AND NOTICE OF INTENT TO PURSUE INDIVIDUAL LIABILITY

Plaintiffs, Jerson Immer Velazquez, Carlos Luis Lora, and Ivelisse Miller, appearing *pro se* as "The People," hereby file this Notice of Amending Complaint and state:

### 1. STANDING AND CANDOR TOWARD THE TRIBUNAL

Plaintiffs bring this action with absolute **Candor toward the Tribunal**. We identify the Court as the Defendant solely in its capacity as the custodian of the records that have been corrupted. Plaintiffs are **Pro-Justice** and appear not to harm the institution, but to assist the Court in "cleaning the record" and identifying the "bad apples" who have destroyed its integrity.

### 2. WAIVER OF DAMAGES AGAINST THE COURT

Plaintiffs formally state that we seek **no financial recovery or damages** from the Court as an institution, provided the Court stands up for its own integrity and assists in correcting the fraudulent records. All claims for financial damages and recovery are directed exclusively toward the **individuals in their personal capacities** (Judges, Clerks, Notaries, and Attorneys) who acted in total absence of jurisdiction.

### 3. FEDERAL INTERVENTION AND THE DEPARTMENT OF JUSTICE

Any attempt to dismiss this lawsuit or block the "cleaning of the records" will be

viewed as a waiver of the Court's opportunity to self-correct. In such an event, Plaintiffs will immediately move for full intervention from the **Federal Courts** and the **United States Department of Justice (DOJ)** to address the systemic deprivation of Due Process and the "Fraud upon the Court."

## 4. RESERVATION OF RIGHTS TO ADD AFFECTED PARTIES

Plaintiffs reserve the right to add more affected parties and additional individual-capacity defendants as the 100% audit of the "Void Judgments" continues. This action follows the **1% Disclosure** found in the attached **Exhibit A** (Master Exhibit List L-001 through L-024).

## 5. SERVICE OF PROCESS

Pursuant to Plaintiffs' **Indigent Status**, Plaintiffs move for service via the **U.S. Marshals Service or Sheriff**. Plaintiffs refuse to grant a 60-day waiver and demand a response within the **21-day** legal timeline to prevent further procedural delays.

Respectfully submitted,

/s/ Jerson Immer Velazquez

**JERSON IMMER VELAZQUEZ**

/s/ Carlos Luis Lora

**CARLOS LUIS LORA**

**I HEREBY CERTIFY** that the facts stated above are true and correct to the best of my knowledge, witnessed by the Creator.

Respectfully submitted,

Jerson Immer Velazquez Plaintiff,

Pro See In the name of God

By Justicia Divina

# IN THE CIRCUIT COURT OF THE WENTIETH

## JUDICIAL CIRCUIT IN AND FOR

## LEE COUNTY FLORIDA

Case No.: 26-CA-001680

RECEIVED
MAILROOM

MAY - 7 2026

Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

**JERSON IMMER VELAZQUEZ ORDONEZ,**
PLAINTIFF

v.

**Lee County Clerk of Courts**                              **Judge: Keith R Kyle**
DEFENDANT

---

## FIRST LIST OF EXHIBITS

L-001 | Case: 20-DR-000013 | Petition for Dissolution of Marriage (Vega)

L-002 | Case: 20-DR-000013 | Answer, Waiver, and Request for Final Judgment (Vega)

L-003| Case: 20-DR-000013 | Final Judgment of Dissolution of Marriage (Vega)

L-004 | Case: 20-DR-000031 | Answer, Waiver, and Request for Copy of Final Judgment (Huyke)

L-005 | Case: 20-DR-000037 | Waiver of Service of Process and of Service (Mitchell)

L-006 | Case: 20-DR-000038 | Answer, Waiver, and Request for Copy of Final Judgment (McDonald)

L-007 | Case: 21-DR-000002 | Notice of Action for Dissolution of Marriage (Abreu)

L-008| Case: 21-DR-000007 | Petition for Dissolution of Marriage (Jordan)

L-009 | Case: 21-DR-000007 | Answer, Waiver, and Request for Copy of Final Judgment (Jordan)

L-010 | Case: 21-DR-000007 | Final Judgment of Dissolution of Marriage (Jordan)

L-011 | Case: 21-DR-002502 | Order of Referral to General Magistrate and Trial Order (Whitaker)

L-012 | Case: 21-DR-002502 | Marital Settlement Agreement (Whitaker)

L-013 | Case: 21-DR-002502 | Financial Schedules A & B - Itemized Assets and Debts (Whitaker)

L-014 | Case: 21-DR-002502 | Final Judgment of Simplified Dissolution of Marriage (Whitaker)

L-015 | Case: 21-DR-002504 | Petition for Simplified Dissolution of Marriage (Pilsums)

L-016| Case: 21-DR-002504 | Report and Recommended Final Judgment of General Magistrate (Pilsums)

L-017 | Case: 21-DR-002504 | Final Judgment of Simplified Dissolution of Marriage (Pilsums)

L-018 | Case: 21-DR-002505 | Petition for Dissolution of Marriage with Property (Burke)

L-019 | Case: 21-DR-002505 | Answer, Waiver, and Request for Copy of Final Judgment (Burke)

L-020 | Case: 21-DR-002505 | Final Judgment of Dissolution of Marriage (Burke)

L-021 | Case: 21-DR-002873 | Petition to Determine Paternity and for Related Relief (Sanchez)

L-022| Case: 21-DR-002873 | Notice of Limitation of Services Provided - Self Help (Sanchez)

L-023 | Case: 21-DR-002873 | Order Adopting Magistrate's Report and Recommendation (Sanchez)

L-024 | Case: 21-DR-002873 | Motion to Quash Service of Process and Memorandum (Lora)

**I HEREBY CERTIFY** that the facts stated above are true and correct to the best of my knowledge, witnessed by the Creator.

Respectfully submitted,

Jerson Immer Velazquez Plaintiff,

 Pro See In the name of God

By Justicia Divina



# Affidavit of Support Under Section 213A of the INA

**Department of Homeland Security**
U.S. Citizenship and Immigration Services




Form I-864
OMB No. 1615-0075
Expires 07/31/2017

| For USCIS Use Only | Affidavit of Support Submitter | Section 213A Review | Number of Support Affidavits in File |
|---|---|---|---|
| | ☐ Petitioner | ☐ MEETS requirements   ☐ DOES NOT MEET requirements | ☐ 1    ☐ 2 |
| | ☐ 1st Joint Sponsor | Reviewed By:_____ | **Remarks** |
| | ☐ 2nd Joint Sponsor | Office:_____ | |
| | ☐ Substitute Sponsor | Date (mm/dd/yyyy):_____ | |
| | ☐ 5% Owner | | |

► **START HERE - Type or print in black ink.**

## Part 1. Basis For Filing Affidavit of Support

I, JAMES R. CUNNINGHAM ,
am the sponsor submitting this affidavit of support because (Select only one box):

**1.a.** ☒ I am the petitioner. I filed or am filing for the immigration of my relative.

**1.b.** ☐ I filed an alien worker petition on behalf of the intending immigrant, who is related to me as my

**1.c.** ☐ I have an ownership interest of at least 5 percent in

which filed an alien worker petition on behalf of the intending immigrant, who is related to me as my

**1.d.** ☐ I am the only joint sponsor.

**1.e.** ☐ I am the  ☐ first  ☐ second of two joint sponsors.

**1.f.** ☐ The original petitioner is deceased. I am the substitute sponsor. I am the intending immigrant's

**NOTE:** If you select Item Number 1.a., 1.b., 1.c., 1.d., 1.e., or 1.f., you must include proof of your U.S. citizenship, U.S. national status, or lawful permanent resident status.

## Part 2. Information About the Principal Immigrant

**1.a.** Family Name (Last Name)  VELAZQUEZ

**1.b.** Given Name (First Name)  JERSON

**1.c.** Middle Name  IMMER

### Mailing Address

**2.a.** In Care Of Name

**2.b.** Street Number and Name  2625 NE 14 AVENUE

**2.c.** ☒ Apt.  ☐ Ste.  ☐ Flr.  403

**2.d.** City or Town  WILTON MANORS

**2.e.** State FL  **2.f.** ZIP Code 33334

**2.g.** Province

**2.h.** Postal Code

**2.i.** Country  USA



Form I-864  07/02/15  N

Page 1 of 12

026-02-06 12:24 EST JERSON                          +19548501771    PAGE 9/?

## Part 2. Information About the Principal Immigrant (continued)

### Other Information

3. Country of Citizenship or Nationality

   MEXICO

4. Date of Birth (mm/dd/yyyy)   07/20/1981

5. Alien Registration Number (A-Number) (if any)

   ► A- ███████████

6. USCIS ELIS Account Number (if any)

   ► ███████████

7. Daytime Telephone Number

   9543037380

## Part 3. Information About the Immigrants You Are Sponsoring

1. I am sponsoring the principal immigrant named in Part 2.

   ☒ Yes   ☐ No (Applicable only if you are sponsoring family members in Part 3. as the second joint sponsor)

2. ☐ I am sponsoring the following family members immigrating at the same time or within six months of the principal immigrant named in Part 2. (Do not include any relative listed on a separate visa petition.)

### Family Member 1

3.a. Family Name (Last Name)

3.b. Given Name (First Name)

3.c. Middle Name

4. Relationship to Sponsored Immigrant

5. Date of Birth (mm/dd/yyyy)

6. Alien Registration Number (A-Number) (if any)

   ► A- ███████████

7. USCIS ELIS Account Number (if any)

   ███████████

### Family Member 2

8.a. Family Name (Last Name)

8.b. Given Name (First Name)

8.c. Middle Name

9. Relationship to Sponsored Immigrant

Date of Birth (mm/dd/yyyy)

11. Alien Registration Number (A-Number) (if any)

   ► A-

12. USCIS ELIS Account Number (if any)

   ███████████

### Family Member 3

13.a. Family Name (Last Name)

13.b. Given Name (First Name)

13.c. Middle Name

14. Relationship to Sponsored Immigrant

15. Date of Birth (mm/dd/yyyy)

16. Alien Registration Number (A-Number) (if any)

   ► A- ███████████

17. USCIS ELIS Account Number (if any)

   ███████████

### Family Member 4

18.a. Family Name (Last Name)

18.b. Given Name (First Name)

c. Middle Name

eFiled Lee County Clerk of Courts Page 2

## Part 3. Information About the Immigrants You Are Sponsoring (continued)

**19.** Relationship to Sponsored Immigrant

**20.** Date of Birth (mm/dd/yyyy)

**21.** Alien Registration Number (A-Number) (if any)
► A-

**22.** USCIS ELIS Account Number (if any)

### Family Member 5

**23.a.** Family Name (Last Name)

**23.b.** Given Name (First Name)

**23.c.** Middle Name

**24.** Relationship to Sponsored Immigrant

**25.** Date of Birth (mm/dd/yyyy)

**26.** Alien Registration Number (A-Number) (if any)
► A-

**27.** USCIS ELIS Account Number (if any)

**28.** Enter the total number of immigrants you are sponsoring on this affidavit from Item Numbers 1.a. - 27.

1

## Part 4. Information About You (Sponsor)

### Sponsor's Full Name

**1.a.** Family Name (Last Name)  CUNNINGHAM

**1.b.** Given Name (First Name)  JAMES

**1.c.** Middle Name  ROBERT

### Sponsor's Mailing Address

**2.a.** In Care Of Name

**2.b.** Street Number and Name  2625 NE 14 AVE

**2.c.** ☒ Apt. ☐ Ste. ☐ Flr.  403

**2.d.** City or Town  WILTON MANORS

**2.e.** State  FL   **2.f.** ZIP Code  33334

**2.h.** Postal Code

**2.i.** Country  USA

**3.** Is your current mailing address the same as your physical address?   ☒ Yes   ☐ No

If you answered "No" to Item Number 3., provide your physical address below.

### Sponsor's Physical Address

**4.a.** Street Number and Name

**4.b.** ☐ Apt. ☐ Ste. ☐ Flr.

**4.d.** State   **4.e.** ZIP Code

**4.f.** Province

**4.g.** Postal Code

**4.h.** Country

Form I-864  07/02/15  N

Page 3 of 12

026-02-06 12:24 EST JERSON   Case 1:26-cv-01573-TNM   Document 1-2   Filed 05/07/26   Page 10 of 52 19548501771   PAGE 11/?

Case 0:25-cv-62035-AOV   Document 11-1   Entered on FLSD Docket 01/13/2026   Page 6 of 28

**For USCIS Use Only**

## Part 4. Information About You (Sponsor) (continued)

### Other Information

5. Country of Domicile

UNITED STATES

6. Date of Birth (mm/dd/yyyy)   04/05/1964

7. City or Town of Birth

FAIRFIELD

8. State or Province of Birth

IOWA

9. Country of Birth

UNITED STATES

10. U.S. Social Security Number (Required)
   ▶ [redacted]

### Citizenship or Residency

11.a. ☒ I am a U.S. citizen.

11.b. ☐ I am a U.S. national.

11.c. ☐ I am a lawful permanent resident.

12. Sponsor's A-Number (if any) [redacted]

13. Sponsor's USC [redacted]

Military Service (To be completed by petitioner sponsors only.)

14. I am currently on active duty in the U.S. Armed Forces or U.S. Coast Guard.   ☐ Yes   ☒ No

## Part 5. Sponsor's Household Size

**NOTE:** Do not count any member of your household more than once.

Persons you are sponsoring in this affidavit:

1. Provide the number you entered in **Part 3., Item Number 28.**   `1`

Persons NOT sponsored in this affidavit:

2. Yourself.   `1`

3. If you are currently married, enter "1" for your spouse.   ` `

4. If you have dependent children, enter the number here.   ` `

5. If you have any other dependents, enter the number here.   ` `

6. If you have sponsored any other persons on Form I-864 or Form I-864 EZ who are now lawful permanent residents, enter the number here.   ` `

7. **OPTIONAL:** If you have siblings, parents, or adult children with the same principal residence who are combining their income with yours by submitting Form I-864A, enter the number here.   ` `

8. Add together Part 5., Item Numbers 1. - 7. and enter the number here.   **Household Size:** `2`



| For USCIS Use Only | |
|---|---|
| | |

## Part 6. Sponsor's Employment and Income

I am currently:

1.a. ☒ Employed as a/an

REAL ESTATE AGENT

1.a.1. Name of Employer 1 (if applicable)

ONE SOTHEBY'S INTERNATIONAL REALTY

1.a.2. Name of Employer 2 (if applicable)

1.b. ☐ Self employed as a/an (Occupation)

1.c. ☐ Retired From (Company Name)

since (mm/dd/yyyy)

1.d. ☐ Unemployed

since (mm/dd/yyyy)

2. My current individual annual income is:

$ 215000

Income you are using from any other person who was counted in your household size, including, in certain conditions, the intending immigrant. (See Form I-864 Instructions.) Please indicate name, relationship, and income.

**Person 1**

3. Name

JERSON IMMER VELAZQUEZ

4. Relationship

Spouse

5. Current Income          $ 0

**Person 2**

6. Name

7. Relationship

8. Current Income          $

**Person 3**

9. Name

10. Relationship

11. Current Income          $

**Person 4**

12. Name

13. Relationship

14. Current Income          $

15. My Current Annual Household Income (Total all lines from Part 6., Item Numbers 2., 5., 8., 11., and 14.; the total will be compared to Federal Poverty Guidelines on Form I-864P.)          $ 215000

16. ☐ The people listed in Item Numbers 3., 6., 9., and 12. have completed Form I-864A. I am filing along with this affidavit all necessary Form I-864As completed by these people.



Form I-864  07/02/15  N

Case 1:26-cv-01573-TNM  Document 1-2  Filed 05/07/26  Page 12 of 52
026-02-06 12:24 EST JERSON                                           1771  PAGE 13/?
Case 0:25-cv-62035-AOV  Document 11-1  Entered on FLSD Docket 01/13/2026  Page 8 of 28

| For USCIS Use Only | Household Size | Poverty Guideline | Remarks |
|---|---|---|---|
| | ☐ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6  ☐ 7  ☐ 8  ☐ 9  ☐ Other____ | Year: 2 0 ____  Poverty Line: $_____ | |

## Part 6. Sponsor's Employment and Income (continued)

17. ☐ One or more of the people listed in Item Numbers 3., 6., 9., and 12. do not need to complete Form I-864A because he or she is the intending immigrant and has no accompanying dependents.

Name

### Federal Income Tax Return Information

18.a. Have you filed a Federal income tax return for each of the three most recent tax years?   ☒ Yes  ☐ No

NOTE: You MUST attach a photocopy or transcript of your Federal income tax return for only the most recent tax year.

18.b. ☐ (Optional) I have attached photocopies or transcripts of my Federal income tax returns for my second and third most recent tax years.

My total income (adjusted gross income on Internal Revenue Service (IRS) Form 1040EZ) as reported on my Federal income tax returns for the most recent three years was:

| | Tax Year | Total Income |
|---|---|---|
| 19.a. Most Recent | 2016 | $ 298937 |
| 19.b. 2nd Most Recent | 2015 | $ |
| 19.c. 3rd Most Recent | 2014 | $ |

20. ☐ I was not required to file a Federal income tax return as my income was below the IRS required level and I have attached evidence to support this.

## Part 7. Use of Assets to Supplement Income (Optional)

If your income, or the total income for you and your household, from Part 6., Item Numbers 19.a. - 19.c., exceeds the Federal Poverty Guidelines for your household size, YOU ARE NOT REQUIRED to complete this Part 7. Skip to Part 8.

**Your Assets (Optional)**

1. Enter the balance of all savings and checking accounts.   $_____

2. Enter the net cash value of real-estate holdings. (Net value means current assessed value minus mortgage debt.)   $_____

3. Enter the net cash value of all stocks, bonds, certificates of deposit, and any other assets not already included in Item Number 1. or Item Number 2.   $_____

4. Add together Item Numbers 1. – 3. and enter the number here.   TOTAL: $_____

Assets from Form I-864A, Part 4., Item Number 3.d., for:

5.a. Name of Relative

5.b. Your household member's assets from Form I-864A (optional).   $_____

Assets of the principal sponsored immigrant (optional). The principal sponsored immigrant is the person listed in Part 2., Item Numbers 1.a. - 1.c.

6. Enter the balance of the sponsored immigrant's savings and checking accounts.   $_____



026-02-06 12:24 EST JERSON Case 1:26-cv-01573-TNM Document 1-2 Filed 05/07/26 Page 13 of 52 1771 PAGE 14/?

Case 0:25-cv-62035-AOV Document 11-1 Entered on FLSD Docket 01/13/2026 Page 9 of 28

| | Household Size | Poverty Guideline | Sponsor's Household Income *(Page 5, Line 10)* | Remarks |
|---|---|---|---|---|
| For USCIS Use Only | ☐ 1 ☐ 2 ☐ 3 <br> ☐ 4 ☐ 5 ☐ 6 <br> ☐ 7 ☐ 8 ☐ 9 <br> ☐ Other___ | Year: 2 0 ___ <br><br> Poverty Line: <br> $ _____ | $ _____ | *The total value of all assets, line 10, must equal 5 times (3 times for spouses and children of USC's, or 1 time for orphans to be formally adopted in the U.S.) the difference between the poverty guidelines and the sponsor's household income, line 10.* |

## Part 7. Use of Assets to Supplement Income (Optional) (continued)

7. Enter the net cash value of all the sponsored immigrant's real estate holdings. (Net value means investment value minus mortgage debt.)

   $ [          ]

8. Enter the current cash value of the sponsored immigrant's stocks, bonds, certificates of deposit, and other assets not included in **Item Number 6.** or **Item Number 7.**

   $ [ 203843 ]

9. Add together **Item Numbers 6. - 8.** and enter the number here.

   $ [ 203843 ]

**Total Value of Assets**

10. Add together **Item Numbers 4., 5.b., and 9.** and enter the number here. **TOTAL:** $ [ 203843 ]

## Part 8. Sponsor's Contract, Statement, Contact Information, Certification, and Signature

**NOTE:** Read the information on penalties in the **Penalties** section of the Form I-864 Instructions before completing this part.

### Sponsor's Contract

Please note that, by signing this Form I-864, you agree to assume certain specific obligations under the Immigration and Nationality Act (INA) and other Federal laws. The following paragraphs describe those obligations. Please read the following information carefully before you sign Form I-864. If you do not understand the obligations, you may wish to consult an attorney or accredited representative.

### What is the Legal Effect of My Signing Form I-864?

If you sign Form I-864 on behalf of any person (called the intending immigrant) who is applying for an immigrant visa or for adjustment of status to a lawful permanent resident, and that intending immigrant submits Form I-864 to the U.S. Government with his or her application for an immigrant visa or adjustment of status, under INA section 213A, these actions create a contract between you and the U.S. Government. The intending immigrant becoming a lawful permanent resident is the consideration for the contract.

Under this contract, you agree that, in deciding whether the intending immigrant can establish that he or she is not inadmissible to the United States as a person likely to become a public charge, the U.S. Government can consider your income and assets as available for the support of the intending immigrant.

### What If I Choose Not to Sign Form I-864?

The U.S. Government cannot make you sign Form I-864 if you do not want to do so. But if you do not sign Form I-864, the intending immigrant may not become a lawful permanent resident in the United States.

### What Does Signing Form I-864 Require Me to do?

If an intending immigrant becomes a lawful permanent resident in the United States based on a Form I-864 that you have signed, then, until your obligations under Form I-864 terminate, you must:

A. Provide the intending immigrant any support necessary to maintain him or her at an income that is at least 125 percent of the Federal Poverty Guidelines for his or her household size (100 percent if you are the petitioning sponsor and are on active duty in the U.S. Armed Forces or U.S. Coast Guard, and the person is your husband, wife, or unmarried child under 21 years of age); and



Form I-864  07/02/15  N

Page 7 of 12

## Part 8.  Sponsor's Contract, Statement, Contact Information, Certification, and Signature (continued)

**B.** Notify U.S. Citizenship and Immigration Services (USCIS) of any change in your address, within 30 days of the change, by filing Form I-865.

### What Other Consequences Are There?

If an intending immigrant becomes a lawful permanent resident in the United States based on a Form I-864 that you have signed, then, until your obligations under Form I-864 terminate, the U.S. Government may consider (deem) your income and assets as available to that person, in determining whether he or she is eligible for certain Federal means-tested public benefits and also for state or local means-tested public benefits, if the state or local government's rules provide for consideration (deeming) of your income and assets as available to the person.

This provision does **not** apply to public benefits specified in section 403(c) of the Welfare Reform Act such as emergency Medicaid, short-term, non-cash emergency relief; services provided under the National School Lunch and Child Nutrition Acts; immunizations and testing and treatment for communicable diseases; and means-tested programs under the Elementary and Secondary Education Act.

### What If I Do Not Fulfill My Obligations?

If you do not provide sufficient support to the person who becomes a lawful permanent resident based on a Form I-864 that you signed, that person may sue you for this support.

If a Federal, state, local, or private agency provided any covered means-tested public benefit to the person who becomes a lawful permanent resident based on a Form I-864 that you signed, the agency may ask you to reimburse them for the amount of the benefits they provided. If you do not make the reimbursement, the agency may sue you for the amount that the agency believes you owe.

If you are sued, and the court enters a judgment against you, the person or agency that sued you may use any legally permitted procedures for enforcing or collecting the judgment. You may also be required to pay the costs of collection, including attorney fees.

If you do not file a properly completed Form I-865 within 30 days of any change of address, USCIS may impose a civil fine for your failing to do so.

### When Will These Obligations End?

Your obligations under a Form I-864 that you signed will end if the person who becomes a lawful permanent resident based on that affidavit:

**A.** Becomes a U.S. citizen;

**B.** Has worked, or can receive credit for, 40 quarters of coverage under the Social Security Act;

**C.** No longer has lawful permanent resident status and has departed the United States;

**D.** Is subject to removal, but applies for and obtains, in removal proceedings, a new grant of adjustment of status, based on a new affidavit of support, if one is required; or

**E.** Dies.

**NOTE:** Divorce does **not** terminate your obligations under Form I-864.

Your obligations under a Form I-864 that you signed also end if you die. Therefore, if you die, your estate is not required to take responsibility for the person's support after your death. However, your estate may owe any support that you accumulated before you died.

### *Sponsor's Statement*

**NOTE:** Select the box for either **Item Number 1.a.** or **1.b.** If applicable, select the box for **Item Number 2.**

**1.a.** ☒ I can read and understand English, and have read and understand every question and instruction on this affidavit, as well as my answer to every question.

**1.b.** ☐ The interpreter named in **Part 9.** has also read to me every question and instruction on this affidavit, as well as my answer to every question, in

_____ ,

a language in which I am fluent. I understand every question and instruction on this affidavit as translated to me by my interpreter, and have provided complete, true, and correct responses in the language indicated above.



### Part 9. Interpreter's Contact Information, Certification, and Signature

Provide the following information about the interpreter.

#### Interpreter's Full Name

1.a.  Interpreter's Family Name (Last Name)

1.b.  Interpreter's Given Name (First Name)

2.  Interpreter's Business or Organization Name (if any)

#### Interpreter's Mailing Address

3.a.  Street Number and Name

3.b.  ☐ Apt.  ☐ Ste.  ☐ Flr.

3.c.  City or Town

3.d.  State          3.e.  ZIP Code

3.f.  Province

3.g.  Postal Code

3.h.  Country

#### Interpreter's Contact Information

4.  Interpreter's Daytime Telephone Number

5.  Interpreter's Email Address (if any)

### Interpreter's Certification

I certify that:

I am fluent in English and _____, which is the same language provided in Part 8., Item Number 1.b.;

I have read to this sponsor every question and instruction on this affidavit, as well as the answer to every question, in the language provided in Part 8., Item Number 1.b.; and

The sponsor has informed me that he or she understands every instruction and question on the affidavit, as well as the answer to every question, and the sponsor verified the accuracy of every answer.

#### Interpreter's Signature

6.a.  Interpreter's Signature

6.b.  Date of Signature (mm/dd/yyyy)

### Part 10. Contact Information, Statement, Certification, and Signature of the Person Preparing this Affidavit, If Other Than the Sponsor

Provide the following information about the preparer.

#### Preparer's Full Name

1.a.  Preparer's Family Name (Last Name)

Bell

1.b.  Preparer's Given Name (First Name)

Robert

2.  Preparer's Business or Organization Name (if any)

Robert M Bell PA



Form I-864  07/02/15  N

026-02-06 12:24 EST JERSON                                              +19548501771   PAGE 17/

## Part 10. Contact Information, Statement, Certification, and Signature of the Person Preparing this Affidavit, If Other Than the Sponsor (continued)

### Preparer's Mailing Address

**3.a.** Street Number and Name   3440 Hollywood Blvd

**3.b.** ☐ Apt. ☒ Ste. ☐ Flr.   415

**3.c.** City or Town   Hollywood

**3.d.** State   FL   **3.e.** ZIP Code   33021

**3.f.** Province

**3.g.** Postal Code

**3.h.** Country   USA

### Preparer's Contact Information

**4.** Preparer's Daytime Telephone Number
9542414209

**5.** Preparer's Fax Number
9542414210

**6.** Preparer's Email Address (if any)
robert@robertmbell.com

### Preparer's Statement

**7.a.** ☐ I am not an attorney or accredited representative but have prepared this affidavit on behalf of the sponsor and with the sponsor's consent.

**7.b.** ☒ I am an attorney or accredited representative and my representation of the sponsor in this case ☒ extends ☐ does not extend beyond the preparation of this affidavit.

**NOTE:** If you are an attorney or accredited representative whose representation extends beyond preparation of this affidavit, you must submit a completed Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, with this affidavit.

### Preparer's Certification

By my signature, I certify, swear, or affirm, under penalty of perjury, that I prepared this affidavit on behalf of, at the request of, and with the express consent of the sponsor. I completed this affidavit based only on responses the sponsor provided to me. After completing the affidavit, I reviewed it and all of the responses with the sponsor, who agreed with every answer on the affidavit. If the sponsor supplied additional information concerning a question on the affidavit, I recorded it on the affidavit.

### Preparer's Signature

**8.a.** Preparer's Signature

**8.b.** Date of Signature (mm/dd/yyyy)



Form I-864  07/02/15  N

Page 11 of 12



# EXHIBIT Z-ZZ

## MEMORANDUM OF STATUTORY DUTY & RICO LIABILITY

TO: All Employees, Agents, and Associates of:

Trantalis & Associates (Dean Trantalis, Brett LaGrow, Brian French)

Davenport & Associates

RLI Insurance Company, FMIT & CNA

The Cities of :  Wilton Manors, Fort Lauderdale  Oakland park

BSO (Sheriff's Office)

RE/MAX & Associated Brokers

The Title Company and Notaries of Record

**FROM: Jerson Immer Velazquez**

DATE: March 19, 2026

## RE: MANDATORY NOTICE TO CEASE PARTICIPATION IN RACKETEERING ENTERPRISE

### 1. THE DUTY TO THE PUBLIC AND THE COURT

Justice is the primary duty of any professional serving the public or the court. Under Florida Statutes Chapter 117 (Notaries) and Chapter 475 (Brokers), you have a statutory mandate to prevent fraud. To witness these atrocious crimes and remain silent—or worse, to facilitate them through the filing of false affidavits or fraudulent property records—is a violation of your professional oath and a crime against the public record.

### 2. INDIVIDUAL LIABILITY UNDER FEDERAL DOCTRINES

**1 |** P a g e

You are hereby placed on Actual Notice of the RICO Racket currently being litigated in Case No. 25-cv-62035-AOV. Your continued silence or participation triggers personal liability under:

**Willful Blindness:** You can no longer claim ignorance. Deliberately looking away from the fraud within your files is legally equivalent to knowing it exists.

**Ratification:** By continuing to "clean" court or public records in favor of the enterprise, you are ratifying the underlying crimes.

**Deliberate Indifference:** Choosing not to act after being warned of the atrocites committed against the victim demonstrates a reckless disregard for the law.

## 3. THE "WITNESS" REQUIREMENT

If you have been a witness to these actions, you are advised to step up and write a sworn declaration or seek independent legal counsel immediately. Staying "behind the scenes" (as with employees like Brian French) does not provide a shield. Under RICO, the "superior orders" defense is invalid; you are personally responsible for the wires you send and the documents you notarize.

## 4. DEMAND FOR REMEDY

The Brokers and Title Companies must move to clean the public records regarding the fraudulent property transfers. The Attorneys must move to clean the court records of all perjured filings. Failure to do so confirms your status as a "member-in-fact" of the Enterprise.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed this 20th day of March, 2026, via the Florida Courts E-Filing Portal / CM/ECF system, which will send a Notice of Electronic Filing to the following:

Dean J. Trantalis, Esq., Brett LaGrow, & Brian French (dean@trantalis.com; brett@trantalis.com; brian@trantalis.com)

Gregory B. Taylor, Esq. (taylor@gtpalaw.com)

Steve Kerbel, Esq. (Etcheverry Harrison LLP) (Counsel for RLI)

Christopher J. Stearns, Jr., Esq. (stearns@jambg.com; nunez@jambg.com)

Francesco Antonio Scaglione, Esq. (fscaglione@clarkhill.com; sjacobs@clarkhill.com)

Matthew Gordon Davis, Esq. (mdavis@mpdlegal.com; jdorta@pdtlegal.com

Robert Matthew Oldershaw, Esq. (roldershaw@fortlauderdale.gov; jagonzalez@fortlauderdale.gov)

Luke Patty, Esq. (RLI Corporate Counsel) (luke.patty@rlicorp.com)

I FURTHER CERTIFY that a copy of this Notice and Exhibit Z-ZZ will be delivered to the U.S. Marshals Service for personal service upon all Defendants,  Remax Experience, Gregory Taylor Title, Trantalis and Associates, Steve Margolis, James Robert Cunnigham

Respectfully submitted, March 20 of 2026

By: _____

**Jerson Immer Velazquez  in the name of GOD**

**3 | P a g e**

EXH 6

# UNITED STATES DISTRICT COURT

# FOR SOUTHERN  DISTRICT OF FLORIDA

JERSON  VELAZQUEZ ORDONEZ

Plaintiff,

V.

**DETRA SHAW WILDER ET ALL**

RECEIVED
MAILROOM

MAY - 7 2026

Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

JERSON IMMER VELAZQUEZ ORDOÑEZ Plaintiff,
THE MIAMI MEXICAN COUNSEL Interested Party
v.

THE AFFIDAVIT , USCIS DECLARATORY JUDGEMENT
THE FEDS 11 US DISTRICT COURT OF APPEAL
THE PUBLIC TRUST Florida Ethics  Commission
THE LAW Chief Disciplinary Counsel , WPD , Fort Lauderdale Police Department  BSO,Attorney
Registration and Disciplinary Commission  of the Supreme Court of Illinois  New York Chief Attorney,
Connecticut Grievance Committee Attorney State Bar Counsel
THE NON PROFITS  Color of change , Equality Florida, Pet Proyect
THE FACTORY OF WAIVERS ,The Governors Office Notary Division
THE DIVORCE FACTORY, Fast Florida Divorce , Divorce Centers IncFast Simple Divorce
THE VOID  FACTORY , Lee county Court,Broward County Courts
THE BROKER Remax Llc/Experience , DBPR ,  Remax Holdings, Cunningham Girnun Group ,
THE OFICER OF THE COURT, Trantalis and Associates Attorneys , Paskert Divers Thompson , Clark
Hill , Howard And Howard ,Trantalis and Associates Attorneys , Clausen Miller, Jhonson,  Anselmo
Murdock Burke Piper & Hoochman P.A , Shanahan P.A.
THE CITIES ,City Of Fort Lauderdale,Wilton Manors, Oakland Park
THE BLINDERS , INDIFERENT AND RATIFICATORS OF CRIMES , William H Pryor Junior ,
Alexander J Williams , Hon Gry Flower , Raag Singhal Attorney Kevin Black, John Davenport , Mathew
Davis,Julia Dorta Breth Lagroo , Brian French, Dean Trantalis,Cunningham Girnun Group , Steve
Margolis , Joshua E Doyle, Steve Margolis ,Vanessa Sterling , Mark Geier, Christopher Krzemien ,
Domenic Faro , James Cunningham, Mike Camardelo , Tim Smith ,Luke R Paty ,  Traviz Nicolas , Tom
Shanahan , Christopher J. Stearns ,Judge Willian Mathewman, Rodolfo A Ruiz ,  Ana Murillo, Gregory
Tony , Casey Duke  Raag Singhal . Kevin Karnes ,Brenda D Forman , Bryan StainJudge Willian
Mathewman, Rodolfo A Ruiz less ,  Jorge Dopico , Shayila Plante Christopher L Slack Sratton Pulitzer,

Nadine Smith ,Mike Camadelo , ,  Ron De Santis ,Diedre Leaks ,  Cecilia Altonaga, Delizia Swift Carolina, Lisa Porter, Rachael Lokohen ,Joshua E Doyle Kevin Black ,

-------------------------------------------------------------------------------------

COMPLAINT FOR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, ANIMAL CRUELTY MENTAL ABUSE, AND OBSTRUCTION OF VITAL RESOURCES ,OBSTRUCTION OF JUSTICE,

## JURISDICTION

1. This Court has jurisdiction over this matter as the Defendants maintain their principal offices and conduct the business of governance within the District . The causes of action occurred through the willful omission and administrative decisions made within this jurisdiction.

2. Nationwide Operations: Jurisdiction is proper in the District of Florida  as the  Defendants are organizations with significant operations, registered agents, and systemic influence within this jurisdiction.

3. Presence of Federal and Estate  Defendants: The U.S.C.I.S.,  The estate agencies  for declaratory judgement in regards Affidavit Of Support, Court Judgements, Notarizations onDeeds, Ethical conducts of professions , on  decisions to maintain and the refusal to intervene in the underlying RICO , Federal and  rights violations were made.

4. Presence of the Mexican Consulate: Venue is further established here as the Plaintiff is acting in coordination with the Mexican Consulate, which maintains its primary diplomatic mission and federal oversight within this jurisdiction. The diplomatic and legal interests of the Consulate as a protector of the Plaintiff's rights are central to the resolution of this matter in the nation's capital.

## NATURE OF THE ACTION

5. This action arises from a coordinated campaign of Mental Abuse and Intentional Infliction of Emotional Distress. The Defendants have engaged in a "Social Circle" blockade, prioritizing professional relationships over the mandatory reporting of  fraud and elder exploitation. This conduct has induced a state of life-threatening starvation and psychological trauma against a protected whistleblower.

## STATEMENT OF FACTS

6. The Protected Status: Plaintiff is an ADA, VOCA, INA,VAWA ,  individual and a Mexican citizen.

7. The Inducement of Crisis: Defendants have knowingly allowed the obstruction of Plaintiff's financial support (I-864 mandates) and communication services, placing Plaintiff in a state of forced isolation and physical deprivation.

8. The Mental Abuse: Defendants have utilized administrative "silence" and the "striking" of official evidence as a psychological weapon. This conduct is intended to cause severe mental anguish, forcing the Plaintiff to choose between his survival and his duty to report systemic corruption.

9. The Social Circle Obstruction: Defendants have prioritized personal and professional "Social Circles" over the mandatory reporting of Medicaid fraud and elder exploitation, constituting a total breach of duty.

10. The "National Enterprise": The Corporate Defendants operate across state lines, utilizing their nationwide reach to avoid liability

11. Consular Involvement: As a Mexican citizen, the Plaintiff's right to due process is protected by international treaty. The failure of the DOJ to act within this jurisdiction constitutes a breach of international and federal obligations.

COUNTS

12. COUNT I: CONVERSION (THEFT OF PHYSICAL EVIDENCE) Defendant Shaw-Wilder and the United States have interfered with the Plaintiff's right to his property. By taking physical evidence and refusing to return it or place it on the record, the Defendants have committed a tortious conversion of property.

13. COUNT II: IMMIGRATION FRAUD AND OBSTRUCTION OF TREATY RIGHTS: As a Mexican citizen, the Plaintiff's right to due process is protected by international treaty, yet Defendants have willfully ignored the federal Affidavit of Support (I-864) and USCIS mandates.

14. IDENTITY THEFT AND DOCUMENTATION FORGERY : The Audit 88 forensic investigation has uncovered a 20-year enterprise involving the theft of identities and the forgery of notarizations to facilitate fraudulent court entries.

15. COUNT V: WIRE FRAUD AND FINANCIAL EXTORTION The Violation: Defendants and their "National Enterprise" utilized electronic communications and mail services to execute a fraudulent "land grab" and to intentionally obstruct the fulfillment of federal I-864 mandates.

16. COUNT II: AGGRAVATED ANIMAL CRUELTY BY INDUCEMENT The Defendants' administrative actions have directly resulted in the starvation of three dogs and two cats, used as leverage to silence the Plaintiff's report of the evidence they stole.

17. COUNT III: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS (MENTAL ABUSE) The Defendants' refusal to act upon forensic evidence (Audit 88) while the Plaintiff is subjected to state-induced starvation is extreme and outrageous conduct. This is a calculated attempt to use mental and physical suffering to dismiss the claims

18. COUNT IV: COLLUSIVE OBSTRUCTION UNDER COLOR OF LAW The Federal and Corporate Defendants have colluded to "strike" evidence and maintain a seal on crimes involving elder abuse and government theft. This obstruction, carried out within the seat of government, has stripped the Plaintiff of his mental health and basic human dignity

19.

20. Message Copilot

21. Smart

22.

## SECTION JUDGES SUED AS ATTORNEYS / OFFICERS OF THE COURT

23. "Plaintiff does not seek financial recovery from the Court as an institution. Plaintiff sues the individual judicial defendants in their non-judicial capacities, as licensed attorneys and officers of the court who knowingly aided, abetted, and ratified fraudulent conduct after receiving formal notice. These defendants acted as participants in the enterprise, not as neutral adjudicators."

## SECTION: JUDICIAL DEFENDANTS SUED IN NON-JUDICIAL CAPACITY

24. "Plaintiff does not seek financial recovery from the Court as an institution. Plaintiff does not sue the judiciary as a branch of government. Instead, Plaintiff brings claims against individual judicial officers in their non-judicial capacities, as licensed attorneys, administrative actors, and officers of the court who knowingly participated in, ratified, or concealed fraudulent acts after receiving formal notice."

## SECTION: FRAUD UPON THE COURT REMOVES IMMUNITY

25. "Judicial immunity does not apply where a judge acts without jurisdiction, engages in administrative misconduct, participates in fraud upon the court, or knowingly relies on void documents after notice. The judicial defendants acted outside the scope of judicial authority by aiding, abetting, and ratifying fraudulent filings,

concealing evidence, ignoring Rule 11 Safe-Harbor notices, and obstructing Plaintiff's federal rights."

**SECTION: UNCLEAN HANDS DOCTRINE AND CONTINUING TAINT OF THE RECORD**

26. "The doctrine of unclean hands applies in full force to all Defendants in this action. The claims presented herein arise directly from Defendants' own violations of statutory law, ethical rules, constitutional duties, and professional obligations. Defendants—including attorneys, municipal entities, corporate actors, and institutional representatives—have acted in bad faith, concealed material facts, relied on fraudulent documents, and refused to correct the record despite repeated notice."

27. "The judicial and administrative records remain tainted to this day. The fraudulent divorce filings have not been vacated. The probate cases containing void instruments have not been corrected. The fraudulent notarizations remain unaddressed. The municipal and corporate Defendants have refused to cure the defects in their own filings, despite having full knowledge of the fraud since 2024."

28. "Under the doctrine of unclean hands, no Defendant may seek equitable relief, procedural relief, or dismissal from this Court while they continue to benefit from their own misconduct. A party who has engaged in fraud, concealment, obstruction, or violation of statutory duties is barred from invoking the Court's equitable powers."

29. "Defendants' misconduct includes: (1) failure to vacate void judgments; (2) failure to correct fraudulent divorce filings; (3) failure to void probate cases based on forged and defective instruments; (4) failure to comply with Rule 11, Rule 4, and Rule 26; (5) failure to disclose insurance policies and bonds; and (6) continued reliance on tainted documents after receiving formal notice."

30. "Because the record remains tainted and Defendants have refused to cure their own violations, no Defendant is entitled to request any relief from this Court. Defendants cannot seek dismissal, protective orders, extensions, or any equitable remedy while standing on fraudulent documents and uncorrected violations."

**SECTION: PLAINTIFF'S DECLARATION OF PURPOSE AND AUDIT-88 ACCOUNTABILITY PRINCIPLES**

31. "Plaintiff declares that the Audit-88 Government Accountability Initiative is founded on the principle that no individual—regardless of position, title, or institutional affiliation—may invoke immunity to shield fraudulent conduct. Fraud

vitiates all protections, and no public official, attorney, or institutional actor may rely on immunity where they have knowingly participated in, ratified, or concealed unlawful acts."

32. "This action is not brought for personal gratification, enrichment, or revenge. Plaintiff affirms under penalty of perjury that happiness is not found in wealth, status, or material gain, but in maintaining a clear conscience and acting in accordance with truth and justice."

33. "Plaintiff stands as a disabled Mexican immigrant who has endured unlawful retaliation, discrimination, and obstruction by entities far more powerful—municipal governments, corporations, nonprofit organizations, and law-enforcement agencies. Despite these pressures, Plaintiff remains committed to exposing systemic misconduct and restoring integrity to public institutions."

34. "Plaintiff's investigative work has already contributed to the restoration of civil and constitutional rights for numerous individuals and has exposed patterns of racketeering and fraud within the State of Florida. These efforts have protected vulnerable populations and prevented further financial harm to the United States Treasury."

35. "Plaintiff respectfully demands that the Court uphold the foundational principles of justice, transparency, and accountability. Plaintiff further commits to continue reviewing cases, complaints, and denials to ensure that justice is served for all individuals affected by similar misconduct."

## SECTION: DISCRIMINATORY TREATMENT, ADA VIOLATIONS, AND DEFAMATORY

36. CHARACTERIZATIONS BY LAW ENFORCEMENT AND ATTORNEYS

37. "Even if a victim has a disability or mental-health condition, the Constitution and the Americans with Disabilities Act (ADA) require that law enforcement and attorneys treat that individual with dignity, neutrality, and fairness. Disability does not diminish a person's right to equal protection, due process, or access to justice."

38. "Law enforcement officers and attorneys may not label a victim as 'mentally ill,' 'unstable,' or 'drug-addicted' as a means to discredit their complaint, avoid investigation, or justify closing a case. Such characterizations are discriminatory, defamatory, and constitute unlawful retaliation against an ADA-protected individual."

39. "A detective who is not a licensed mental-health professional has no authority to issue written statements diagnosing a victim or using such statements as a basis to

close a criminal complaint. Doing so violates the ADA, the Fourteenth Amendment, and federal victims' rights statutes."

40. "When attorneys or law-enforcement personnel use defamatory labels to undermine a victim's credibility, obstruct their access to services, or prevent them from obtaining recovery, such conduct constitutes discrimination, obstruction of justice, and a violation of federally protected rights."

41. "These actions not only harm the victim but also interfere with the victim's ability to obtain treatment, stability, and recovery. The ADA prohibits public **officials and attorneys from engaging in conduct that exacerbates a victim's condition or obstructs their access to lawful remedies.**"

## NONPROFIT DEFENDANTS' BREACH OF DUTY, RETALIATION, AND ILL-GOTTEN PROFITS

42. **"Several Defendants in this action are nonprofit organizations whose stated mission is to protect civil rights, advocate for victims, and enforce accountability. Instead of fulfilling these obligations, these organizations retaliated against Plaintiff—a documented victim—after Plaintiff engaged in** investigative work that has restored the civil and constitutional rights of hundreds of individuals and exposed a chain of racketeering within the State of Florida's estate system."

43. "Plaintiff's investigative efforts have prevented further harm to vulnerable individuals, uncovered systemic misconduct, and saved the United States Treasury millions of dollars by exposing fraudulent practices, improper payments, and unlawful transfers. Plaintiff's work has contributed to restoring integrity in public institutions and rebuilding public trust."

44. "Despite this, the nonprofit Defendants—including Equality Florida, Color of Change, and similarly situated organizations—acted with unclean hands by retaliating against Plaintiff, refusing to assist, concealing information, and protecting individuals engaged in misconduct. These actions constitute a breach of fiduciary duty, breach of mission obligations, and violation of statutory duties owed to victims."

45. "Plaintiff seeks disgorgement of ill-gotten profits obtained by these nonprofit Defendants during the period in which they failed to fulfill their stated mission and instead engaged in retaliatory conduct. Plaintiff further demands leadership accountability, including the resignation of chief executive officers who knowingly permitted or ratified these violations."

46.

## SECTION: AIDING AND ABETTING BY JUDICIAL OFFICERS

47. "The judicial defendants are sued for their roles as officers of the court who aided and abetted the enterprise by: (1) ignoring void notarizations; (2) refusing to rule on motions; (3) striking evidence; (4) concealing filings; (5) denying ADA accommodations; (6) refusing to enforce federal rights; and (7) allowing fraudulent documents to remain in the record after receiving formal notice."

## SECTION: VICARIOUS LIABILITY OF THE CHIEF JUDGE

48. "The Chief Judge is named in this action under a theory of supervisory and vicarious liability for failing to correct the misconduct of subordinate judicial officers after receiving formal notice of fraud, void judgments, ADA violations, and Rule 11 violations. Supervisory liability applies where a supervising officer knowingly permits unconstitutional practices to continue."\

## SECTION: WHY NOTARIES ARE NOT INCLUDED

49. "Plaintiff intentionally does not name the original notaries in this action because the claims herein arise from Defendants' independent, subsequent, and knowing violations committed AFTER receiving formal notice of the fraudulent instruments. This lawsuit concerns the second wave of misconduct—concealment, obstruction, retaliation, ADA violations, Rule 11 violations, Rule 26 violations, and continued use of void documents—committed by attorneys, firms, insurers, municipal actors, and judicial officers who knowingly perpetuated the fraud after March 13, 2026."

## SECTION: SEVERE EMOTIONAL DISTRESS (SAFE, LEGALLY STRONG LANGUAGE)

50. "Defendants' coordinated misconduct caused Plaintiff severe emotional distress, psychological trauma, and destabilization. Their actions created conditions of extreme pressure, deprivation, and isolation that placed Plaintiff's physical and mental safety at serious risk. These harms were foreseeable, intentional, and inflicted with reckless disregard for Plaintiff's well-being."

SECTION: TREBLE DAMAGES

51. "The prior federal action was set for final judgment, with documented losses of approximately $45,000,000. Under 18 U.S.C. § 1964(c), Plaintiff seeks treble damages for the full amount of economic loss, emotional harm, and deprivation of rights, totaling $135,000,000."

SECTION: RULE 11 SAFE HARBOR + SECOND VIOLATION

52. "On March 13, 2026, Plaintiff served all Defendants with a Rule 11 Safe-Harbor Notice identifying fraudulent filings, void judgments, and concealment of evidence. Defendants failed to cure these violations within the 21-day period. This Complaint therefore constitutes a second Rule 11 violation."

SECTION: PROHIBITION ON ELECTRONIC FILING UNTIL CURE

53. "Defendants are prohibited from filing any electronic pleading—including any Motion to Dismiss—until they cure their Rule 11, Rule 4, and Rule 26 violations. Any electronic filing submitted prior to curing these violations constitutes continued misconduct and will be submitted as evidence supporting sanctions and default judgment."

SECTION: CONSULAR OVERSIGHT

54. "Plaintiff is a Mexican citizen entitled to consular protection under the Vienna Convention. The Mexican Consulate has been notified of this action and will be present to ensure Plaintiff's rights are protected. Defendants can no longer claim ignorance or procedural confusion. International oversight is now active."

JUDGES ACTED OUTSIDE JUDICIAL CAPACITY

55. "The judicial defendants acted outside their judicial capacity by adopting, endorsing, and enforcing fraudulent filings prepared by Defendants' attorneys. These actions were administrative, ministerial, and conspiratorial—not judicial. Judicial immunity does not apply to acts taken without jurisdiction, acts taken in

violation of federal law, or acts constituting fraud upon the court." This removes immunity.

## SECTION: VOIDING PRIOR ORDERS AND FILINGS

56. "This action seeks to void all prior orders, rulings, and filings in the related cases where judicial actions were directed, influenced, or controlled by Defendants' attorneys. These orders are void ab initio because they were issued without jurisdiction, based on fraudulent documents, and in reliance on filings that Defendants knew were forged, altered, or void."

## SECTION: AIDING AND ABETTING BY JUDICIAL OFFICERS

57. "The judicial defendants aided and abetted the enterprise by: (1) ignoring void notarizations; (2) refusing to rule on motions; (3) striking evidence; (4) concealing filings; (5) denying ADA accommodations; (6) refusing to enforce federal rights; and (7) refusing to impose mandatories  sanctions, (7) allowing fraudulent documents to remain in the record after receiving formal notice.(8) Using US Marshal with no cost shifting to defendants,  (9)  engaging in ex parte communication since the beginning of the case, (10)Granting relief  not requested to defendants , (11) Denying relief requested to Plantiff (12) Terminating parties without  hearing

## SECTION: VICARIOUS LIABILITY OF THE CHIEF JUDGE

58. "The Chief Judge is liable under supervisory and vicarious liability for failing to correct the misconduct of subordinate judicial officers after receiving formal notice of fraud, void judgments, ADA violations, and Rule 11 violations. Supervisory liability applies where a supervising officer knowingly permits unconstitutional practices to continue."

## PROHIBITION ON ELECTRONIC FILING UNTIL CURE

59. "Defendants are prohibited from filing any electronic pleading—including any Motion to Dismiss—until they cure their Rule 11, Rule 4, and Rule 26 violations. Any electronic filing submitted prior to curing these violations constitutes continued misconduct and will be submitted as evidence supporting sanctions and default judgment."

CONSULAR OVERSIGHT

60. "Plaintiff is a Mexican citizen entitled to consular protection under the Vienna Convention. The Mexican Consulate has been notified of this action and will be present to ensure Plaintiff's rights are protected. Defendants can no longer claim ignorance or procedural confusion. International oversight is now active."

DAMAGES + TREBLE DAMAGES

61. "The prior federal action was set for final judgment, with documented losses of approximately $45,000,000. Under 18 U.S.C. § 1964(c), Plaintiff seeks treble damages for the full amount of economic loss, emotional harm, and deprivation of rights, totaling $135,000,000."

PLAINTIFF'S RIGHTS AS A VICTIM, FEDERAL PROTECTIONS, AND REQUEST FOR IN FORMA PAUPERIS STATUS

62. "Plaintiff is a protected individual under the Americans with Disabilities Act (ADA), the Immigration and Nationality Act (INA), the Violence Against Women Act (VAWA), and the Victims of Crime Act (VOCA). As a victim of documented fraud, obstruction, and deprivation of rights, Plaintiff is entitled to full access to the courts, reasonable accommodations, and protection from retaliatory conduct."

63. "Defendants' coordinated obstruction of Plaintiff's finances—including the withholding of insurance proceeds, bond payments, and federal support obligations—has directly caused Plaintiff's current indigency. Plaintiff therefore respectfully requests leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915."

64. "Because Plaintiff's indigency was caused by Defendants' own misconduct, Plaintiff objects to the use of United States Treasury funds to subsidize Defendants' violations. Plaintiff requests that, if any Defendant refuses to waive service under Rule 4(d), the Court shift the full cost of U.S. Marshals Service to that Defendant, as permitted by Rule 4(d)(2)."

65. "Plaintiff has previously been denied in forma pauperis status in related matters despite clear statutory entitlement. A fifth denial of in forma pauperis status in the present case—after Defendants have intentionally obstructed Plaintiff's finances—would constitute evidence of conspiracy against Plaintiff's rights as a

victim, deprivation of due process, denial of equal protection, and obstruction of access to the courts."

66. "Plaintiff further requests that this filing be treated as an emergency due to ongoing deprivation of resources, continued retaliation, and the need for immediate judicial intervention. If the Court declines to expedite this matter and provide the accommodations required under federal law, Plaintiff will be unable to safely or effectively proceed with this action."

67. "Plaintiff is a protected individual under the Americans with Disabilities Act (ADA), the Immigration and Nationality Act (INA), the Violence Against Women Act (VAWA), and the Victims of Crime Act (VOCA). As a victim of documented fraud, obstruction, and deprivation of rights, Plaintiff is entitled to full access to the courts, reasonable accommodations, and protection from retaliatory conduct."

68. "Defendants' coordinated obstruction of Plaintiff's finances—including the withholding of insurance proceeds, bond payments, and federal support obligations—has directly caused Plaintiff's current indigency. Plaintiff therefore respectfully requests leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915."

69. "Plaintiff highlights that granting a waiver of service under Rule 4(d) imposes no financial burden on any Defendant. The City, the charitable organizations, the Broward Sheriff's Office, and the corporate defendants will not lose any funds by granting a waiver. A waiver merely avoids unnecessary costs and prevents the United States Treasury from subsidizing Defendants' misconduct."

70. "If any Defendant refuses to waive service, Plaintiff will request formal service by the U.S. Marshals Service. Under Rule 4(d)(2), the full cost of service must then be imposed on the refusing Defendant. Because municipal entities operate using taxpayer funds, a refusal to waive service would result in unnecessary expenditure of public money—an outcome Plaintiff seeks to avoid."

71. "Plaintiff objects to the use of United States Treasury funds to subsidize Defendants' violations, as Plaintiff's indigency was caused by Defendants' own actions. Defendants should not be permitted to shift the financial consequences of their misconduct onto the public."

72. "Plaintiff has previously been denied in forma pauperis status in related matters despite clear statutory entitlement. A fifth denial of in forma pauperis status in the present case—after Defendants have intentionally obstructed Plaintiff's finances—would constitute evidence of conspiracy against Plaintiff's rights as a

victim, deprivation of due process, denial of equal protection, and obstruction of access to the courts."

73. "Plaintiff further requests that this filing be treated as an emergency due to ongoing deprivation of resources, continued retaliation, and the need for immediate judicial intervention. If the Court declines to expedite this matter and provide the accommodations required under federal law, Plaintiff will be unable to safely or effectively proceed with this action."

74. "If any Defendant refuses to waive service under Rule 4(d), Plaintiff will not request service by the U.S. Marshals Service, as such service would unnecessarily burden the United States Treasury. Instead, Plaintiff will request leave of Court to effect service through the existing court cases in which the Defendants are already active parties. Defendants are currently participating in multiple related proceedings, receiving filings, and maintaining counsel of record. Service through those cases constitutes valid and official service under Rule 4(e)(1) and applicable state law, as Defendants have actual notice, active participation, and established channels for receipt of filings."

75. "This method of service imposes no cost on the United States Treasury and no prejudice on any Defendant. By contrast, a refusal to waive service would result in unnecessary expenditure of public funds, particularly for municipal and governmental Defendants who operate using taxpayer resources. Plaintiff therefore requests that the Court authorize alternative service through the related cases to avoid waste of public funds and to ensure efficient and equitable administration of justice."

76. "Plaintiff further declares under penalty of perjury that, upon recovery and final judgment, Plaintiff will reimburse the Court for the filing fee in full. Plaintiff is entitled to recover court costs and fees from the losing parties under 28 U.S.C. §§ 1920 and 1923, and therefore the Court may order the filing fee and all related costs to be paid by the Defendants who caused Plaintiff's financial deprivation.

77. "Plaintiff emphasizes that granting a waiver of service under Rule 4(d) imposes no financial burden on any Defendant. The City, the charitable organizations, the Broward Sheriff's Office, and the corporate defendants will not lose any funds by granting a waiver. A waiver simply avoids unnecessary expenditure of public money and prevents the United States Treasury from subsidizing Defendants' misconduct.

78. "If any Defendant refuses to waive service, Plaintiff will not request service by the U.S. Marshals Service, as such service would unnecessarily burden the United States Treasury. Instead, Plaintiff will request leave of Court to effect service through the existing court

cases in which Defendants are already active parties. Defendants are currently participating in related proceedings, receiving filings, and maintaining counsel of record. Service through those cases constitutes valid and official service under Rule 4(e)(1) and applicable state law.

79. "Because municipal entities operate using taxpayer funds, a refusal to waive service would result in unnecessary expenditure of public money—an outcome Plaintiff seeks to avoid. Defendants should not be permitted to shift the financial consequences of their misconduct onto the public."

## SECTION: REQUEST FOR ELECTRONIC SERVICE, AFFIDAVIT OF SUPPORT RELIEF, AND DECLARATION OF PLAINTIFF'S LEGAL CAPACITIES

80. "Plaintiff respectfully requests that the Court authorize electronic service for all filings and orders in this matter, pursuant to Federal Rule of Civil Procedure 5(b)(2)(E), due to Plaintiff's ADA-protected status, limited financial resources, and the need for immediate and reliable access to court communications."

81. "Plaintiff further requests an immediate order directing the release of funds owed under the Affidavit of Support (Form I-864), as Defendants' failure to comply with federal support obligations has caused ongoing financial harm and contributed to Plaintiff's indigency."

## SECTION: PLAINTIFF'S DECLARATION OF MULTIPLE LEGAL CAPACITIES

82. "Plaintiff appears in this action in multiple legal capacities. In prior proceedings, Plaintiff appeared as a victim of divorce fraud who lost marital property, financial stability, and immigration status due to Defendants' misconduct. Plaintiff also appears in the capacity of Velazquez Entrepreneur LLC, doing business as Done Right Delivery, whose business operations were harmed by Defendants' actions."

83. "In this action, Plaintiff additionally appears in the capacity of a spouse seeking recovery of marital assets unlawfully diverted, concealed, or diminished through fraud, misrepresentation, and professional negligence."

## SECTION: ATTORNEY MISCONDUCT AND HARM TO MARITAL ASSETS

84. "Plaintiff warned Defendants' attorneys of the fraudulent conduct affecting marital assets. These attorneys knew or should have known that the conduct constituted criminal activity. Instead of fulfilling their professional duties, they misled Plaintiff,

failed to advocate competently, and caused further harm to the marital estate by creating false expectations based on political influence rather than law."

85. "Notaries, brokers, realtors, and insurance representatives would not have engaged in the underlying misconduct without believing that someone with authority or influence would protect them. Their actions reflect a pattern of reliance on improper assurances rather than lawful procedure."

## SECTION: PLAINTIFF'S STATEMENT ON ACCOUNTABILITY AND NON-RETALIATION

86. "Plaintiff refuses to blame one individual for the actions of many. This principle applies to all parties, including nonprofit leaders and individuals personally known to Plaintiff. Plaintiff's claims are based on conduct, not personal animosity."

87. "With respect to nonprofit leadership, Plaintiff asserts that an organization cannot demand justice from others while ignoring misconduct within its own sphere. Accountability must be consistent. Public advocacy requires internal integrity."

88. "Regarding individuals added to this suit, Plaintiff affirms that their inclusion is not based on personal conflict or retaliation. Plaintiff respected these individuals. Their involvement arises solely from their responses to Plaintiff's pleas for help and their failure to remain impartial when confronted with evidence of wrongdoing."

89. "Ratification, deliberate indifference, and willful blindness occur when a person becomes aware of misconduct and chooses to ignore it. Plaintiff is not accusing these individuals of committing crimes, but asserts that their silence or refusal to intervene contributed to the continuation of harm."

## SECTION: REQUEST FOR RETURN OF MARITAL ASSETS

90. "Plaintiff requests that the Court order the restoration of marital assets to the condition they would have been in had competent counsel been provided and had no fraudulent acts occurred. Plaintiff seeks to be placed in the position Plaintiff would have occupied had the divorce settlement and related proceedings been conducted lawfully and without deception."

PRAYER FOR RELIEF Plaintiff demands:

91. Compensatory Damages for severe mental anguish and physical deprivation.

92. Punitive Damages to deter the further use of "Social Circle" immunity to shield criminals from government oversight.

93.  Injunctive Relief to compel the DOJ and Corporate Defendants to cease all retaliatory stays and allow for the immediate collection of funds for the Third-Party Beneficiary (The Government).
94. Release and clean public records,
95. Order of removal of office , Public records ,


I declare under penalty of perjury that the foregoing is true and correct. Signed,
Jerson Immer Velazquez Ordoñez Plaintiff Pro Se

## I. PATTERN EXHIBIT — SAME-DAY MULTIPLE PROPERTY TRANSFERS

Observed Facts direct quotes from the documents .

> "Recorded 02/25/2026 at 03:40 PM… Assignment of Certificate of Occupancy… Prepared by: Dean J. Trantalis, Esq."
> "Recorded 02/25/2026 at 03:40 PM… Assignment of Certificate of Occupancy… Prepared by: Dean J. Trantalis, Esq."
> "Recorded 02/26/2026 at 02:53 PM… Personal Representative's Distributive Deed… Prepared by: Dean J. Trantalis, Esq."

These show:

A.  **Two separate assignments** recorded at the exact same timestamp (02/25/2026 03:40 PM).
B.  **A distributive deed** recorded the next day (02/26/2026).
C.  All involve **the same property address**: 3300 NE 36th St #908 or 2011 N Ocean Blvd #602
D.  .All involve **the same preparer**.
E.  All involve **the same transferee** (Steven Weaver or Genevieve Bulger).
F.  All involve **estates** where the same attorney appears in multiple roles.

**Pattern Significance (neutral)**

This pattern is consistent with:

A.  rapid sequential transfers
B.  layered conveyances
C.  estate-to-estate transfers
D.  same-day recording
E.  potential bypass of beneficiary notice
F.  potential bypass of creditor notice
G.  potential tax-minimization structures

These are **red-flag indicators** in federal civil litigation, even without alleging wrongdoing.

## II. PATTERN EXHIBIT — ESTATE-TO-ESTATE PROPERTY MOVEMENT

Observed Facts From the distributive deed:

> "DEAN J. TRANTALIS, ESQ., as Personal Representative of the Estate of ROBERT SCOTT BRIGANTE…
> grants to GENEVIEVE BULGER, as Personal Representative of the Estate of JOHN FREDRICK CORNHILL…"

This is **one estate transferring property directly to another estate**, with:

➔ no listed beneficiaries
➔ no hearing shown
➔ no inventory attached
➔ no appraisal attached
➔ no competitive sale
➔ no open-market exposure

**Pattern Significance (neutral)**

Estate-to-estate transfers are unusual and require:
- strict notice
- strict valuation
- strict conflict-of-interest review

The documents do not show these steps.

## III. PATTERN EXHIBIT  PROPERTY  VS. TRANSFER VALUE

**Observed Facts** From the Property Appraiser:

"Just/Market Value: $613,440 (2025)"
"Sale Price: $100 (PRD-T)"

A $613,440 property transferred for **$100** is not illegal by itself — but it is a **recognized red-flag indicator** in:

➔ federal tax audits
➔ probate audits
➔ asset-dissipation reviews
➔ elder-estate exploitation investigations

This is because:

➔ undervalued transfers can reduce taxable estate value
➔ undervalued transfers can reduce documentary stamp taxes
➔ undervalued transfers can obscure true consideration
➔ undervalued transfers can bypass beneficiary rights

## IV. PATTERN EXHIBIT — MULTIPLE ROLES BY SAME ACTOR

Across the documents, the same individual appears as:

➔ **Personal Representative**
➔ **Attorney**

→ **Document preparer**
→ **Resident agent**
→ **Witness**
→ **Affiant**
→ **Petitioner**
→ **Recipient of court notices**

This is a **structural conflict pattern**,
Federal courts treat this as:

→ a risk factor for undue influence
→ a risk factor for self-dealing
→ a risk factor for lack of independent oversight
→ a risk factor for procedural bypass

## V. PATTERN EXHIBIT — MULTIPLE NOTARIES

→ New Hampshire notaries
→ Pennsylvania notaries
→ Florida notaries
→ All notarizing documents connected to the same estates
→ All notarizing documents connected to the same transferees
→ All notarizing documents connected to the same preparer

This is a **multi-state notarization chain**, which is a recognized pattern in:

→ interstate estate-property movement
→ layered conveyances
→ asset-shielding structures

## VI. PATTERN EXHIBIT — POTENTIAL FEDERAL INTEREST AREAS

Based on the documents alone, the following **federal interest categories** are implicated **as patterns**, not accusations:

### 1. Asset Concealment Indicators

→ undervalued transfers
→ estate-to-estate conveyances
→ same-day recordings
→ layered assignments

### 2. Identity-Related Irregularities

→ multiple notaries across states

➔ multiple addresses for same parties
➔ PRs signing for unrelated estates

### 3. Real-Estate Transfer Red Flags

➔ $613k property transferred for $100
➔ multiple deeds recorded within 24 hours
➔ no listed beneficiaries

### 4. Probate-Process Irregularities

➔ no hearings
➔ no beneficiary notice
➔ no creditor notice
➔ no appraisal

### 5. Tax-Related Red Flags

➔ documentary stamps of $0.70 on high-value property
➔ PRD-T (Personal Representative Deed – Transfer) used for non-family transfers



# - PLAINTIFF'S FORMAL STATEMENT OF COUNTS AND ALLEGATIONS

(Directed to Judges, Attorneys, Notaries, and Officers of the Court)

## PREAMBLE

For over four decades, Plaintiff alleges that a coordinated group of legal actors—hereinafter the Enterprise—has engaged in a continuous pattern of fraud, forgery, identity manipulation, and constitutional violations. Plaintiff asserts that these acts were executed through the machinery of the State Court and ratified by judicial officers acting outside their lawful authority.

The following Counts summarize the alleged misconduct.

## COUNT I — RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT (18 U.S.C. §§ 1961–1964)

Against: Attorneys, Law Firms, Clerks, Notaries, and Judicial Officers

**Plaintiff alleges:**

The Enterprise functioned as an association-in-fact whose purpose was to manufacture defective legal instruments to obtain property, jurisdiction, and judgments unlawfully.

The pattern of racketeering includes alleged acts of mail fraud, wire fraud, identity theft, forgery, and obstruction of justice.

The "Poisoned Root" (1985) and the "Time-Travel Waiver" (2016) constitute evidence of continuity, demonstrating a multi-decade scheme.

Each transmission of a forged waiver, fraudulent affidavit, or defective judgment through U.S. Mail or electronic filing constitutes a separate predicate act.

## COUNT II — FEDERAL IDENTITY THEFT (18 U.S.C. § 1028)

Against: Attorneys, Notaries, Clerks

**Plaintiff alleges:**

The Enterprise used non-existent, missing, or ghost identities to fabricate jurisdiction.

Signatures were notarized without the signer present, pre-dated, or applied to documents filed simultaneously with petitions.

These actions constitute the unlawful creation, use, or transfer of another person's identifying information.

## COUNT III — MAIL FRAUD (18 U.S.C. § 1341) & WIRE FRAUD (18 U.S.C. § 1343)

Against: Attorneys, Clerks, Judicial Officers

**Plaintiff alleges:**

Fraudulent waivers, forged affidavits, and defective judgments were transmitted via U.S. Mail and electronic filing systems.

Each transmission was part of a coordinated plan to deprive Plaintiff of property, due process, and access to the courts.

These acts were material, intentional, and relied upon by the court to issue orders.

## COUNT IV — DEPRIVATION OF RIGHTS UNDER COLOR OF LAW (42 U.S.C. § 1983)

Against: Judicial Officers Acting in Personal Capacity

**Plaintiff alleges:**

Judicial officers ratified forged instruments and knowingly accepted filings that violated procedural due process.

The acceptance of simultaneous filings (petition and waiver timestamped identically) constituted a procedural execution of Plaintiff's right to be heard.

Equal Protection was violated by selectively shielding certain parties ("Cabin Crew") while targeting Plaintiff and similarly situated victims.

The use of defective records obstructed Plaintiff's Right of Access to the Courts.

## COUNT V — FORGERY & UTTERING A FORGED INSTRUMENT (Fla. Stat. § 831.01)

Against: Attorneys, Notaries, Clerks

**Plaintiff alleges:**

Waivers with scratched-out dates, mismatched signatures, or impossible timelines were knowingly filed.

Notaries executed acknowledgments without the signer present or with pre-dated signatures.

These instruments were then "uttered" to the court as genuine.

## COUNT VI — NOTARY MISCONDUCT (Fla. Stat. § 117.05)

Against: Notaries and Attorneys Supervising Them

**Plaintiff alleges:**

Notaries notarized signatures without personal appearance.

Notaries affixed seals to documents that were incomplete, altered, or pre-signed.

These actions constitute third-degree felonies under Florida law.

## COUNT VII — PERJURY (Fla. Stat. § 837.02)

Against: Attorneys, Affiants, and Officers of the Court

**Plaintiff alleges:**

"Affidavits of Diligent Search" falsely claimed parties were missing or unlocatable.

These affidavits were used to justify fraudulent service and default judgments.

Each affidavit constitutes a separate act of perjury.

## COUNT VIII — INTRINSIC FRAUD UPON THE COURT

Against: Attorneys and Judicial Officers

**Plaintiff alleges:**

Officers of the Court knowingly presented false evidence, forged waivers, and defective instruments.

Judicial officers ratified these acts, thereby participating in the fraud.

This conduct corrupted the judicial process itself.

## COUNT IX — MARITAL ESTATE FRAUD (Fla. Stat. § 61.075)

Against: Attorneys and Judicial Officers

**Plaintiff alleges:**

The Enterprise repeatedly entered judgments stating "No Assets" or "No Property" despite the existence of substantial marital estates, including business interests such as Velazquez Entrepreneur LLC.

This constitutes intentional deprivation of marital property rights.


## COUNT X — FRAUDULENT CHILD SUPPORT ASSESSMENT

Against: Attorneys, Clerks, Judicial Officers

**Plaintiff alleges:**

In Case No. 16-DR-001227, a child support obligation of $1,686.49 was imposed in a case explicitly marked "No Child."

This constitutes financial extortion under color of law.


## CONCLUSION

Plaintiff asserts that the above Counts demonstrate a unified, continuous, and intentional pattern of misconduct spanning forty years.

The alleged acts—federal, constitutional, and state-level—form a single integrated scheme resulting in:


Loss of property

Loss of due process

Loss of access to the courts

Loss of heritage and generational estate


Plaintiff seeks all remedies available under federal and state law, including treble damages under RICO.

EXH 19

# IN THE CIRCUIT COURT OF THE WENTIETH

# JUDICIAL CIRCUIT IN AND FOR

# LEE COUNTY FLORIDA

Case No.: 26-CA-001680

RECEIVED
MAILROOM

MAY - 7 2026

Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

**JERSON IMMER VELAZQUEZ ORDONEZ,**
PLAINTIFF

V.

**Lee County Clerk of Courts**
DEFENDANT

_____

## COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF

### "JUSTICE FOR JERSON ON THE NAME OF GOD"

COMES NOW, the Plaintiff, Jerson Immer Velazquez, Pro Se, under the Divine Supervision of the Most High, to sue the Defendant, the LEE COUNTY CLERK OF THE COURT, and states:

### I. JURISDICTION AND VENUE

This is an action for Declaratory Relief pursuant to Chapter 86, Fla. Stat.

This Court has jurisdiction to declare the rights of the parties regarding the integrity of the Public Record.

### II. THE 1985 "POISONED ROOT" PRECEDENT

Plaintiff has uncovered forensic evidence within the Public Records of Lee County dating back to 1985 showing a systemic pattern of "premature waivers" and jurisdictional shortcuts.

Under Florida Law, a judgment entered without Subject Matter Jurisdiction is VOID AB INITIO. It is a nullity that never existed.

Because the system has relied on these void procedures for over 40 years, the Public Record is infected with "Fraud upon the Court."

## III. THE BOOMERANG OF PERJURY

Pursuant to the Second Commandment, those who swore false oaths to obtain these judgments have committed a spiritual and legal crime.

The weapons formed against the Plaintiff—including the isolation and stripping of assets—were built on these 1985 defects. As promised in Isaiah 54:17, these weapons shall not prosper.

The Defendant (Clerk) has a ministerial duty to ensure the Public Record does not contain "Dead Judgments" that are legally void.

## IV. COUNT I: DECLARATORY JUDGMENT

Plaintiff requests a judicial declaration that every judgment entered against him, and those mirroring the 1985 Jurisdictional Defect, is VOID.

Plaintiff requests a declaration that the Clerk must "Clean the Records" and mark these entries as VACATED.

## V. RESERVATION OF RICO LIABILITY

Plaintiff reserves the right to pursue Personal Liability and Federal RICO damages against every individual participant—attorneys, city officials, and law enforcement—who knowingly benefited from these void judgments.

### PRAYER FOR RELIEF

**WHEREFORE, Plaintiff** respectfully requests this Court:

Enter a Declaratory Judgment that the specified records are VOID;

Order the Clerk to Restitute and Restore all assets seized under color of void law;

Provide any further relief the Most High deems just.

**I HEREBY CERTIFY** that the facts stated above are true and correct to the best of my

knowledge, witnessed by the Creator.

Respectfully submitted,

Jerson Immer Velazquez Plaintiff,

 Pro See In the name of God

By Justicia Divina

EXH 11

# IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

Jerson Immer Velazquez Ordonez, as Taxpayer and Citizen, on behalf of the City of Fort Lauderdale, the City of Oakland Park, and the City of Wilton Manors, Florida,

**Plaintiff/Nominal Plaintiff**

v.

Dean J. Trantalis (Mayor, Fort Lauderdale)
John C. Herbts (Commissioner, Fort Lauderdale)
Steven Glassman (Commissioner, Fort Lauderdale)
Pamela Beasley-Pittman (Commissioner, Fort Lauderdale)
Ben Sorensen (Commissioner, Fort Lauderdale)

Steven R. Arnst (Mayor, Oakland Park)
Aisha Gordon (Commissioner/Vice Mayor, Oakland Park)
Letitia Newbold (Commissioner, Oakland Park)
Fitz Budhoo (Commissioner, Oakland Park)
Tim Lonergan (Commissioner, Oakland Park)

Scott Newton (Mayor, Wilton Manors)
Chris Caputo (Commissioner, Wilton Manors)
Don D'armino (Commissioner, Wilton Manors)
Mike Briachi (Commissioner, Wilton Manors)
Paul Rolli (Commissioner, Wilton Manors)

**Defendants.**

RECEIVED
MAILROOM

MAY - 7 2026

Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

## CASE NO.: COCE25085026
## To the honorable: Hilal,Jennifer

## FIRST AMENDED COMPLAINT FOR DAMAGES: TAXPAYER DERIVATIVE ACTION

I. FIRST AMENDED COMPLAINT FOR DAMAGEs

Plaintiff, Jerson Immer Velazquez Ordonez, a citizen and taxpayer of Broward County and the Nominal Plaintiff Cities, brings this action on behalf of the City of Fort

Lauderdale, the City of Oakland Park, and the City of Wilton Manors (the "Cities" or "Nominal Plaintiffs") against the named Defendants (the "Commissioners") in their individual capacities for their willful and sustained official misconduct, gross negligence, and breach of fiduciary duty.

II. ALLEGATIONS OF WILLFUL BLINDNESS AND DELIBERATE INDIFFERENCE

 * Official Knowledge: Each Defendant was placed on formal, documented notice regarding the existence of felony-level crimes (including Fraud, Forgery, Wire Fraud, and Obstruction of Justice) and the underlying RICO Racketeering Activity (Federal Case No. 0:2025cv62035) that exposed their respective City Treasuries to massive financial liability. The purpose of these notices was to remove any defense of "lack of knowledge."

 * Fiduciary Duty: The Commissioners, as the highest policymakers of their respective cities, owed a mandatory fiduciary duty to protect the City's assets, integrity, and Treasury from foreseeable financial harm, which required them to investigate, refer, or mitigate the known criminal activity and liability.

### Breach by Deliberate Indifference (Wilton Manors Commission):

 * The Wilton Manors Mayor and Commissioners were formally notified of the initiation of WMPD Case No. 43-2409-009244 (The Subject Criminal Referral), detailing RICO acts that occurred within the City's jurisdiction.

 * The Commission's continued failure to initiate a thorough investigation or formally refer the case to the FDLE or FBI, following a prior unaddressed report, constitutes the adoption of an official "custom of deliberate indifference" to felony-level public corruption.

 * This deliberate indifference is sufficient to establish the threshold for Monell Liability (42 U.S.C. § 1983), directly exposing the City of Wilton Manors to catastrophic financial liability in excess of $45,000,000.00 in the federal litigation.

 * This failure to act to mitigate a known, massive financial risk to the City is a willful and actionable Breach of Fiduciary Duty.

### Breach by Willful Blindness (Oakland Park Commission):

 * The Oakland Park Mayor and Commissioners were formally notified of the Breach of Contract by the Broward Sheriff's Office (BSO) for its failure to conduct a Mandatory Criminal Referral Memo in BSO Case No. 90-2510-007729, which involves an external public official tied to the RICO Enterprise.

* The Commission's refusal to act—specifically, by failing to enforce contractual remedies (fines or termination) against the BSO—was explicitly warned would be deemed a "knowing acceptance of unnecessary financial injury to the City Treasury."

* This intentional non-feasance constitutes Willful Blindness and establishes the cause of action for Gross Negligence and Breach of Fiduciary Duty, which has left the City of Oakland Park exposed to liability in excess of $45,000,000.00 in the federal litigation.

## Obstruction of Justice / RICO Enterprise (All Commissioners):

* Given the Commissioners' prior knowledge of the criminal allegations and the documented social or professional relationships with the alleged perpetrators, their sustained and deliberate lack of action on the formal criminal and liability notices constitutes an official act of Obstruction of Justice serving to shield the alleged perpetrators and is an overt act in furtherance of the Civil Conspiracy/RICO Enterprise.

* This official misconduct places the Commissioners at risk of being named as participants in the underlying Federal RICO Racketeering Activity Case.

## TORTIOUS INTERFERENCE (All Commissioners):

The Commissioners' actions and omissions constitute tortious interference with the Plaintiff's property, economic, and constitutional rights.

## COUNT I: TAXPAYER DERIVATIVE ACTION – BREACH OF FIDUCIARY DUTY AND GROSS NEGLIGENCE (AGAINST ALL DEFENDANTS)

Plaintiff re-adopts and re-alleges paragraphs 1 through 6.

* The Defendants, by virtue of their offices, owed an undiluted fiduciary duty to the Nominal Plaintiffs (the Cities) and their respective Treasuries.

* The Defendants breached this duty by engaging in and maintaining a "custom of deliberate indifference" (Wilton Manors) and "willful blindness" (Oakland Park), which directly resulted in exposing their respective City Treasuries to massive, foreseeable financial liabilities in related litigation.

* As a direct and proximate result of the Defendants' gross negligence and willful breach of fiduciary duty, the Cities of Fort Lauderdale, Oakland Park, and Wilton Manors have suffered and continue to suffer financial damages and losses, which the Defendants are individually liable to repay to their respective City Treasuries.

## DEMAND FOR JUDGMENT

WHEREFORE, Plaintiff, Jerson Immer Velazquez Ordonez, on behalf of the Nominal Plaintiffs, the City of Fort Lauderdale, the City of Oakland Park, and the City of Wilton

Manors, demands judgment against the Defendants in their individual capacities, and demands:

A. A judgment in favor of the Nominal Plaintiffs for the total financial loss caused by the Defendants' breaches of duty, which shall include but not be limited to:

A judgment against the Fort Lauderdale Defendants for damage in an amount to be determined at trial, payable to the City of Fort Lauderdale Treasury.

A judgment against The Wilton Manors Defendants for damage in an amount to be determined at trial, payable to the City of Wilton Manors Treasury.

A judgment against the Oakland Park Defendants for damage in an amount to be determined at trial, payable to the City of Oakland Park Treasury.

An award of the Plaintiff's attorney's fees and costs, as authorized by law, to be paid out of the sums recovered for the Nominal Plaintiffs, or paid directly by the Defendants.

B. Such other and further relief as the Court deems just and equitable.

JURY TRIAL DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Respectfully Submitted,

[Signature]

Jerson Immer Velazquez Ordonez Plaintiff, Pro Se 4061 N Dixie Hwy apt

2 Oakland Park, FL 33334 jersonpul@gmail.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing, MOTION was served on the parties listed below on this 13 of December, 2025, in the manner indicated: E-PORTAL: Served via e-Filing, and Electronic Mail.

Party Served  (Individual Defendant)

Dean J. Trantalis Fort Lauderdale mayor Dtrantalis@fortlauderdale.gov

Steve Glassman Fort Lauderdale commissioner SGlassman@fortlauderdale.gov

John Herbst Fort Lauderdale commissioner JHerbst@fortlauderdale.gov

Ben Sorensen Fort Lauderdale commisioner BSorensen@fortlauderdale.gov

Pam B Pittman Fort Lauderdale commissioner :pbeasleypittman@fortlauderdale.gov

Steven R. Arnst (Mayor, Oakland Park) stevena@oaklandparkfl.gov

Aisha Gordon (Commissioner/Vice Mayor, Oakland Park) aisha.gordon@oaklandparkfl.gov,

Letitia Newbold (Commissioner, Oakland Park) letitia.newbold@oaklandparkfl.gov

Fitz Budhoo (Commissioner, Oakland Park) fitz.budhoo@oaklandparkfl.gov

Tim Lonergan (Commissioner, Oakland Park) Timl@oaklandparkfl.gov

Scott Newton (Mayor, Wilton Manors) snewton@wiltonmanors.com

Chris Caputo (Commissioner, Wilton Manors) chrisc@wiltonmanors.com

Don D'armino (Commissioner, Wilton Manors) ddarminio@wiltonmanors.com

Mike Briachi (Commissioner, Wilton Manors) ddarminio@wiltonmanors.com

Paul Rolli (Commissioner, Wilton Manors) prolli@wiltonmanors.com

SERVICE UPON CITY LEGAL DEPARTMENT (Nominal Plaintiff/Defense Counsel Notice)

The following service is provided to the City Attorney's Office to satisfy requirements for serving a municipality and its legal officers, including service by Fax where applicable.

Party Served

(City Officials)Address and Service Method

Interim City Attorney D'Wayne M. Spence DSpence@fortlauderdale.gov

Fort Lauderdale City attorney office ,  FAX: 954-828-5915

Oakland Park City attorney Donald J Doody ddoody@gorencherof.com

Oakland Park City Attorney office FAX: 954-771-4923

Wilton Manors City attorney Kerry L. Ezrol kezrol@gorencherof.com

**Wilton Manors city attorney Fax: 954-771-4923**

**City clerk of Wilton Manors Fax: 954-390-2199**

MANNER OF SERVICE (FLORIDA RULES OF JUDICIAL ADMINISTRATION)

I certify that the above-listed document was served in the following ways:

1. E-FILING PORTAL: By electronic transmission through the Florida Courts E-Filing Portal, which constitutes service pursuant to Fla. R. Jud. Admin. 2.516.

2. U.S. MAIL: unable to afford printing, and postal service expenses.

3. FACSIMILE (FAX): By facsimile transmission to the City Attorney's Offices or Clerk Office Fax number is provided.

4. EMAIL (Courtesy): By email to the official and publicly provided email addresses listed above.


Jerson Immer Velazquez Ordonez

 Plaintiff, Pro Se

 4061 N Dixie Hwy apt 2 Oakland Park, FL 33334

jersonpul@gmail.com