# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**JERSON VELAZQUEZ ORDOÑEZ,** Plaintiff,

v.

**DETRA SHAW-WILDER et all,** Defendants.

MAY - 1 2026

Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

## AFFIDAVIT OF DEFENDANT PARTICIPATION IN OBSTRUCTION OF JUSTICE

I, **Jerson Immer Velazquez Ordoñez**, declare under penalty of perjury:

### 1. COORDINATED ADMINISTRATIVE BLOCKADE

- The named Defendants have engaged in a "Social Circle" blockade, prioritizing professional and personal relationships over the mandatory reporting of fraud and elder exploitation.

- This coordinated campaign has utilized administrative "silence" and the "striking" of official forensic evidence as a psychological weapon.

- The purpose of this obstruction is to induce a state of life-threatening deprivation and psychological trauma against a protected whistleblower to force the abandonment of systemic corruption reports.

### 2. OBSTRUCTION OF FEDERAL MANDATES AND TREATY RIGHTS

- Defendants have willfully obstructed the fulfillment of federal I-864 Affidavit of Support mandates, which are required by the Immigration and Nationality Act (INA).

- This obstruction has directly caused my financial collapse and current state of indigency.

- As a Mexican citizen, my right to due process is protected by international treaty; the Defendants' willful ignorance of these mandates constitutes an obstruction of treaty rights.

### 3. RATIFICATION OF FORGERY AND FRAUD UPON THE COURT

- Private law firms and individual attorneys (Shaw-Wilder, Swift, Lokohen, Frink) are knowingly appearing in cases based on "void" probate and property instruments identified by the Audit 88™ forensic investigation.

- These Defendants have knowingly participated in, ratified, or concealed fraudulent acts and forged notarizations after receiving formal notice.

- The failure to vacate void judgments or correct fraudulent divorce filings despite knowledge of the fraud since 2024 constitutes an ongoing obstruction of justice.

## 4. CONCEALMENT OF EVIDENCE AND INSURANCE OBLIGATIONS

- Defendants have interfered with my property rights by taking physical evidence and refusing to return it or place it on the official record.

- There has been a systematic concealment of insurance policies, bonds, and financial obligations required for the restoration of the marital estate.

- Defendants have utilized their "National Enterprise" to move across state lines and utilize mail and wire services to execute "land grabs" while avoiding liability.

## 5. RETALIATION BY NONPROFIT INSTITUTIONS

- Nonprofit Defendants, including Equality Florida and Color of Change, have breached their fiduciary and mission duties by retaliating against me after my investigative work exposed racketeering.

- These organizations have acted with "unclean hands," refusing to assist a documented victim while protecting individuals engaged in misconduct.

## 6. AGGRAVATED ANIMAL CRUELTY AS LEVERAGE

- The administrative actions and obstruction of resources by the Defendants have directly resulted in the starvation of my three dogs and two cats.

- This animal cruelty has been used as a specific form of leverage to silence my reports regarding the evidence Defendants have stolen.

## VERIFICATION

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on May 4, 2026.