# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**JERSON VELAZQUEZ ORDOÑEZ,** Plaintiff,

v.

**DETRA SHAW-WILDER et all ,** Defendants.

RECEIVED
MAILROOM

MAY - 7 2026

Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

## AFFIDAVIT OF FEDERALLY PROTECTED RIGHTS AND STATUS

I, **Jerson Immer Velazquez Ordoñez**, declare under penalty of perjury that the following is true and correct:

Case: 1:26–cv–01573 JURY DEMAND
Assigned To : McFadden, Trevor N.
Assign. Date : 5/7/2026
Description: Pro Se Gen. Civ. (F–DECK)

## 1. STATUS AS ADA-PROTECTED INDIVIDUAL

- I am a protected individual under the Americans with Disabilities Act (ADA).

- I am entitled to reasonable accommodations, full access to the courts, and protection from discriminatory characterizations by legal professionals and law enforcement.

- Defendants have violated these rights by utilizing defamatory labels to discredit my forensic findings and obstruct my access to justice.

## 2. STATUS AS VICTIM (VOCA, VAWA, AND INA)

- I am a protected individual under the Victims of Crime Act (VOCA), the Violence Against Women Act (VAWA), and the Immigration and Nationality Act (INA).

- As a victim of documented fraud and deprivation of rights, I am entitled to protection from retaliatory conduct by law firms and corporate entities.

- Defendants have willfully ignored federal Affidavit of Support (I-864) mandates under the INA, causing a state of forced financial collapse and physical deprivation.

## 3. STATUS AS WHISTLEBLOWER AND FORENSIC AUDITOR

- I serve as the Lead Forensic Auditor for the Audit 88™ Government Accountability Initiative.
- My investigative work has exposed a 20-year racketeering enterprise involving identity

theft, forgery of notarizations, and the drainage of the U.S. Treasury.

- I am a protected whistleblower, and Defendants' actions—including the induced starvation of my animals—constitute unlawful retaliation for my duty to report systemic corruption.

## 4. STATUS AS MEMBER OF THE PRESS

- I assert First Amendment protections as a member of the press and an individual engaged in matters of public concern.

- My reporting and investigative documentation fall under the constitutional protections afforded to the press.

- Defendants may not suppress my inquiry into institutional misconduct by discrediting my character or withholding public information.

## 5. STATUS AS RELATOR AND PRIVATE ATTORNEY GENERAL

- I act as a Relator (Qui Tam) in the interest of the United States Treasury to recover misallocated public funds and correct fraudulent records.

- My efforts are directed toward restoring integrity to public institutions and preventing further financial harm to federal interests.

- I designate the United States Treasury as a co-Plaintiff for the purposes of restitution and recovery of government revenue.

## VERIFICATION

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 4, 2026.

**Signed,**
Jerson Immer Velazquez Ordoñez

*Plaintiff Pro Se / Lead Forensic Auditor / Member of the Press*