# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**JERSON VELAZQUEZ ORDOÑEZ,** Plaintiff,

v.

**DETRA SHAW-WILDER et all.** Defendants.

RECEIVED
MAILROOM

MAY - 7 2026

Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

---

**AFFIDAVIT REGARDING BROWARD SHERIFF'S OFFICE (BSO) MISCONDUCT AND NOTICE OF SERVICE VIA E-FILING PORTAL**

I, **Jerson Immer Velazquez Ordoñez**, Plaintiff Pro Se and Lead Forensic Auditor for Audit 88™, hereby declare under penalty of perjury:

## 1. REFUSAL TO INVESTIGATE REPORTED CRIMES

- The Broward Sheriff's Office (BSO) has been provided with actual notice and forensic evidence of systemic crimes, including probate fraud, identity theft, and the "Audit 88" findings involving 57+ fraudulent estate cases.

- Despite receiving notice of these crimes via the official court portal, BSO has willfully failed to perform its mandated duties to investigate and intervene.

- This inaction constitutes deliberate indifference and a failure to protect a documented victim of crime.

## 2. DENIAL OF ADA ACCOMMODATIONS

- I am an ADA-qualified individual entitled to dignity, neutrality, and fairness from law enforcement.

- BSO and its personnel have ignored my requests for reasonable accommodations and have instead participated in a pattern of re-victimization.

- Law enforcement personnel have allegedly used defamatory labels to discredit my forensic reports, violating my rights under the Americans with Disabilities Act and the Fourteenth Amendment.

## 3. REFUSAL TO ACKNOWLEDGE SERVICE OF PROCESS

- BSO has willfully refused to acknowledge or accept service of process for legal documents they are already aware of.

- This refusal is a calculated tactic to impose unnecessary financial burdens on an indigent victim and obstruct the judicial process.

## 4. DECLARATION OF SERVICE VIA FLORIDA COURTS E-FILING PORTAL

- Due to the Defendants' bad-faith refusal to waive service under Rule 4(d), I am issuing process service through the **Florida Courts E-Filing Portal**.

- This system transmits documents directly from the court system to each individual and institution named as a Defendant, ensuring actual notice through established judicial channels.

- Service via the portal imposes no cost on the U.S. Treasury and ensures the efficient administration of justice despite the Defendants' obstruction

## 5. DECLARATION OF PROCESS SERVICE TROUGHT CASE 25-CV-62035 TO THE RESPECTIVE DEFENDANTS .

Defendants on the new case were put on notice of this new lawsuit, on April 29 of 2026, and also were served with a safe harbor notice, federal rule 11, and requested for insurance policy on previous case , but refused to provide information .

## VERIFICATION

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 4, 2026.

Jerson Immer Velazquez Ordoñez

*Plaintiff Pro Se / Lead Forensic Auditor Audit 88*™