# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**JERSON VELAZQUEZ ORDOÑEZ,** Plaintiff,

v.

**DETRA SHAW-WILDER et all ,** Defendants.

RECEIVED
MAILROOM

MAY - 7 2026

Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

## PLAINTIFF APPENDIX OF CONTENTS FOR CASE NO. 0:25-cv-62035

### LEGAL STATUS & CAPACITY

- **ADA-Protected Individual:** Invocation of rights under the Americans with Disabilities Act due to documented health conditions and status as a vulnerable victim.

- **Federal Victim Status:** Protected under the Victims of Crime Act (VOCA), Violence Against Women Act (VAWA), and Immigration and Nationality Act (INA).

- **Lead Forensic Auditor:** Founder of the **Audit 88™ Government Accountability Initiative**, acting to expose systemic property and probate fraud.

- **Relator/Private Attorney General:** Seeking restitution for the United States Treasury for misallocated public funds and federal tax evasion.

- **Member of the Press:** Assertion of First Amendment protections regarding investigative reporting on institutional misconduct.

### II. DOCUMENTED DEFAULTS & RULE VIOLATIONS

- **Rule 11 (Safe Harbor):** Defendants failed to cure fraudulent filings and void judgments within the 21-day period following the March 13, 2026, notice.

- **Rule 26 (Mandatory Disclosure):** Willful withholding of professional liability insurance policies, bonds, and the federal Affidavit of Support (Form I-864).
- **Rule 4 (Service of Process):** Bad-faith refusal to waive service of process for documents already in the Defendants' physical possession.

- **Ex Parte Communications:** Record of unauthorized coordination between defense counsel and judicial officers used to strike exhibits and suppress evidence.

## III. SUMMARY OF CORE EVIDENCE & FINDINGS

- **The "Shanahan Confession":** A written admission of ex parte collusion used to erase forensic filings from the federal docket.

- **Governor's Notary Report (Nov 2024):** Confirmed findings of third-degree felony notary fraud and fraudulent acknowledgments used in property transfers.

- **I-864 Obstruction:** Evidence that Defendants leveraged statutory support payments to coerce the dismissal of claims, shifting financial burdens to the U.S. Treasury.

- **Audit 88™ Master List:** Forensic identification of 57+ probate and estate cases involving forged instruments and beneficiary omissions.

## IV. DEFENDANT LIABILITY CATEGORIES

| Category | Specific Findings in Record | Legal Citations |
|---|---|---|
| **Law Firms** | Relying on "void" probate instruments; concealment of employee-notary fraud. | 18 U.S.C. § 4 , FS § 117.05 |
| **Title/Brokers** | Manufacturing "Wild Deeds"; failure to supervise associates; RESPA violations. | 12 U.S.C. § 2607 , FS § 772.11 |
| **Nonprofits** | Retaliation against a whistleblower; failure to fulfill mission duties. | Fiduciary Breach |

| Regulatory | Institutional ratification of crime through "administrative silence" after notice. | 31 U.S.C. § 3729 |
|---|---|---|

## V. REQUESTED RELIEF & DAMAGES

- **Treble Damages: $135,000,000** for economic loss and RICO violations.

- **Injunctive Relief:** Immediate release of Form I-864 funds and restoration of marital assets.

- **Sanctions:** Mandatory disbarment referrals and prohibition on electronic filings until Rule violations are cured
- **Release of bond and insurance claims:** Bond Payments and insurance claims , RLI, Continental, Travelers Insurance.


**SUBMITTED FOR THE RECORD BY:**

*Jerson Immer Velazquez Ordoñez*

*Plaintiff Pro Se*